LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
  – and –
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) BROCADE COMMUNICATION SYSTEMS, ) INC., et al., ) ) Defendants. ) ) | No. C-05-02042-CBR <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF SUBSTITUTION OF COUNSEL |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that plaintiff Prena Smajlaj hereby substitutes the Law Office of Brian Barry, 1801 Avenue of the Stars, Suite 307, Los Angeles, California 90067, as her attorneys of record in this matter in place of her former local counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 100 Pine Street, Suite 2600, San Francisco, California 94111.

Service of all papers in this action upon plaintiff Smajlaj should be made to:

Law Office of Brian Barry
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Fax: (310) 788-0841

and

Brian P. Murray
Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
Fax: (212) 682-1892

The above substitution of attorneys is approved by each of the following entities:

DATED: May 31, 2005

PRENA SMAJLAJ

DATED: May 31, 2005

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

June 02, 2005

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL - C-05-02042-CBR                    - 1 -