1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM., State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   DAVID A. MCCARTHY, State Bar No. 226415
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC. and ANTONIO CANOVA
8

9

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 | PRENA SMAJLAJ, Individually and On Behalf ) CIVIL ACTION NO.: 3:05-cv-2042
   of All Other Persons Similarly Situated,   )
                                              ) <u>CLASS ACTION</u>
15 |         Plaintiff,                       )
                                              ) **STIPULATION AND [**~~PROPOSED~~**]**
16 |         vs.                              ) **ORDER REGARDING CLASS**
                                              ) **ACTION RELATED CASES**
17 | BROCADE COMMUNICATIONS SYSTEMS,          )
   INC., GREGORY L. REYES and ANTONIO         )
18 | CANOVA,                                  )
                                              )
19 |         Defendants.                      )
                                              )
20 |_____     )

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

The parties stipulate, and the Court hereby orders, as follows:

RELATED CLASS ACTION CASES

The following actions are related cases within the meaning of Civil Local Rule 3-12:

- *Prena Smajlaj v. Brocade Communications Systems, Inc., Inc., et al.,* No. 3:05-cv-2042;
- *Mario Saldana-Harlow v. Brocade Communications Systems, Inc, et al.*, No. 3:05-cv-2139, filed May 24, 2005.
- *Hai-Ning Huang v. Brocade Communications Systems, Inc,, et al.,* No. 3:05-cv-02316.

IT IS SO STIPULATED.

Dated: June 13, 2005

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/David A. McCarthy
             David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and ANTONIO CANOVA

Dated: June 13, 2005

LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841


By:   /s/Brian Barry
             Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

Case 3:05-cv-02042-CRB   Document 17   Filed 06/22/05   Page 3 of 5

| | | |
|---|---|---|
| 1 | Dated: June 13, 2005 | SCHIFFRIN & BARROWAY, LLP |
| 2 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 3 | | Telephone: (610) 667-7706 |

Dated: June 13, 2005                    SCHIFFRIN & BARROWAY, LLP
                                         280 King of Prussia Road
                                         Radnor, PA 19087
                                         Telephone: (610) 667-7706

                                         By:      /s/Tamara Skvirsky
                                                  Tamara Skvirsky

                                         Attorneys for Plaintiff
                                         MARIO SALDANA-HARLOW

Dated: June 13, 2005                    STULL, STULL & BRODY
                                         10940 Wilshire Boulevard, Suite 2300
                                         Los Angeles, CA 90024
                                         Telephone: (310) 209-2468

                                         By:      /s/Patrice L. Bishop
                                                  Patrice L. Bishop

                                         Attorneys for Plaintiff
                                         HAI-NING HUANG

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of June 2005 at Palo Alto, California.

                                          /s/David A. McCarthy
                                          David A. McCarthy

**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: June 22, 2005

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Charles R. Breyer — United States District Court, Northern District of California*