NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM., State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
DAVID A. MCCARTHY, State Bar No. 226415
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>  Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING DERIVATIVE RELATED CASES** |

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042

1  The parties stipulate, and the Court hereby orders, as follows:

2  RELATED CLASS ACTION AND DERIVATIVE CASES

3  The following actions are related cases within the meaning of Civil Local Rule 3-12:

4  • *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;

5  • *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;

6  • *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233.

7  IT IS SO STIPULATED.

Dated: June 13, 2005

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/David A. McCarthy_____
        David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC. and ANTONIO CANOVA

Dated: June 13, 2005

LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841

By: _____/s/Brian Barry_____
        Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

Dated: June 13, 2005  

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
            Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 13, 2005  

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
            Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

1  Dated: June 13, 2005

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
      Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 13, 2005

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

By: _____/s/Kathryn A. Schofield_____
      Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of June 2005 at Palo Alto, California.

                                          /s/David A. McCarthy
                                            David A. McCarthy

1
2
**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3
4
5  Dated:  June 22, 2005



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28