NINA F. LOCKER, State Bar No. 123838
E-MAIL: nlocker@wsgr.com
STEVEN D. GUGGENHEIM., State Bar No. 201386
E-MAIL: sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 210239
E-MAIL: chashemi@wsgr.com
DAVID A. MCCARTHY, State Bar No. 226415
E-MAIL: dmccarthy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>Defendants. | CIVIL ACTION NO.: 3:05-cv-2042 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, the Court entered an Order dated May 19, 2005 setting a Case Management
2  Conference for August 19, 2005;
3  WHEREAS, there are five other similar securities class actions currently pending;
4  WHEREAS, the Court has not yet designated Lead Plaintiff or Lead Counsel for these six
5  securities class actions pursuant to the Private Securities Litigation Reform Act of 1995;
6  WHEREAS, the parties anticipate a Consolidated Amended Complaint will be filed after
7  the selection of Lead Plaintiff and Lead Counsel;
8  NOW THEREFORE, the parties to this stipulation agree, and the Court hereby Orders, as
9  follows:
10  1.  The Case Management Conference scheduled for August 19, 2005 is postponed and
11  will be rescheduled after the selection of Lead Plaintiff and Lead Counsel in these securities class
12  actions.
13  2.  Defendants are not obligated to respond to any of the currently filed securities class
14  action complaints and shall respond only to a Consolidated Amended Complaint.

IT IS SO STIPULATED.

Dated: July 29, 2005

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      /s/David A. McCarthy
            David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

| | | |
|---|---|---|
| 1 | Dated: July 29, 2005 | PROSKAUER ROSE LLP |
| 2 | | 2049 Century Park East, 32nd Floor |
| | | Los Angeles, CA 90067-3206 |
| 3 | | Telephone: (310) 557-2900 |
| | | Facsimile:  (310) 557-2193 |

By: ___/s/Robert Horn_____
             Robert Horn

Attorneys for Defendant
GREGORY REYES

Dated: July 29, 2005

SCOTT & SCOTT
Arthur L. Shingler, III
401 B Street, Suite 307
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

By: ___/s/Arthur L. Shingler, III___
             Arthur L. Shingler, III

Attorneys for Plaintiff
BUDDAREDDYHALLI SREENIVAS

Dated: July 29, 2005

HAGENS BERMAN SOBOL SHAPIRO LLP
Lee M. Gordon
700 South Flower St., Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

By: ___/s/Lee M. Gordon_____
             Lee M. Gordon

Attorneys for Plaintiff
FREDERICK WITT

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

2

C:\NRPORTBL\PALIB1\VM3\2694737_1.DOC

| | | |
|---|---|---|
| 1 | Dated: July 29, 2005 | LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Telephone: (310) 788-0831<br>Facsimile: (310) 788-0841 |

By: _____/s/Brian Barry_____
         Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

Dated: July 29, 2005              SCHIFFRIN & BARROWAY, LLP
                                  280 King of Prussia Road
                                  Radnor, PA 19087
                                  Telephone: (610) 667-7706


By:_____/s/Tamara Skvirsky_____
         Tamara Skvirsky

Attorneys for Plaintiff
MARIO SALDANA-HARLOW


Dated: July 29, 2005              STULL, STULL & BRODY
                                  10940 Wilshire Boulevard, Suite 2300
                                  Los Angeles, CA 90024
                                  Telephone: (310) 209-2468


By:_____/s/Timothy J. Burke_____
         Timothy J. Burke

Attorneys for Plaintiff
HAI-NING HUANG

| | |
|---|---|
| Dated: July 29, 2005 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>By: _____/s/Francis A. Bottini, Jr._____<br>          Francis A. Bottini, Jr.<br><br>Attorneys for Plaintiff<br>ILENE ARMOUR |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of July 2005 at Palo Alto, California.

          /s/David A. McCarthy
          David A. McCarthy

1
2
**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3
4
5  Dated: August 01, 2005



6  THE HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28