IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENA SMAJLAJ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,<br><br>Defendants. | No. C 05-02042 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |

Now before the Court is lead plaintiff's Motion for Extension of Time to File Its Consolidated Amended Complaint pursuant to Local Rule 6-3(a). The Court, having carefully considered the briefing papers of both parties, hereby GRANTS the motion. The deadline for fling the Consolidated Amended Complaint shall be extended to April 14, 2006.

**IT IS SO ORDERED.**

Dated: March 1, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2042\order extending time.wpd