1  RICHARD MARMARO (Bar No. 91387)
   JACK DICANIO (Bar No. 138782)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, California 90071-3144
   (213) 687-5000
4  (213) 687-5600 (fax)

5  Attorneys for Defendant
   GREGORY REYES

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  PRENA SMAJLAJ, individually and on behalf )   CASE NO. C 05-02042 CRB
    of others similarly situated,             )
12                                            )   CLASS ACTION
                      Plaintiff,              )
13                                            )   **NOTICE OF CHANGE OF LAW FIRM**
               v.                             )   **ASSOCIATION AND SUBSTITUTION**
14                                            )   **OF ATTORNEY**
    BROCADE COMMUNICATIONS               )
15  SYSTEMS, INC., et al.,                    )
                                              )
16                    Defendants              )
                                              )
17  _____)  Hon. Charles R. Beyer
                                                 Courtroom 8, 19th Floor
18

19

20

21

22

23

24

25

26

27

28

1  **TO THE COURT AND TO ALL INTERESTED PARTIES AND THE R**

2 **ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE THAT** Richard Marmaro and Jack DiCanio, cc unsel of

4 record for Defendant Gregory Reyes, and formerly associated with Proskauer Rose LLP, a e now

5 partners in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand . venue,

6 Suite 3400, Los Angeles, California 90071-3144. Accordingly, Defendant Gregory Reyes iereby

7 substitutes Skadden, Arps, Slate, Meagher & Flom LLP, as its attorney of record in the pla e of

8 Proskauer Rose LLP.

10  I consent to this substitution.

11 DATED: February __, 2006

12           By: _____
               Gregory Reyes

13  I consent to this substitution.

           PROSKAUER ROSE LLP

16 DATED: February 2? 2006

           By: _____
             Michael A. Firestein

18  I accept this substitution.

           SKADDEN, ARPS, SLATE, MEAGI ER
           & FLOM LLP

22 DATED: February 2? 2006

           By: _____
             Jack DiCanio

March 16, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

NOTICE OF CH... ...CIATION AND SUB...UTION OF / TTORNEY
Case No. C 05 2042 CRB
1