# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PRENA SMAJLAJ, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

BROCADE COMMUNICATIONS SYSTEMS, INC., et al.,

Defendant(s).

CASE NO. C 05-02042 CRB
CLASS ACTION

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

SEAN F. ROMMEL, an active member in good standing of the bar of Texas, whose business address and telephone number is Patton, Roberts, McWilliams & Capshaw, LLP, 2900 St. Michael Drive, Suite 400, Texarkana, Texas 75503  Tel. 903-334-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiff Arkansas Public Employees Retirement System (APERS).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 10, 2006

CHARLES R. BREYER
United States District Judge