NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendant
BROCADE COMMUNICATIONS
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>  Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

# STIPULATION

WHEREAS, plaintiff's consolidated complaint is due to be filed on April 14, 2006 pursuant to the Court's March 1, 2006 Order granting plaintiff an extension of time in which to file a consolidated complaint;

WHEREAS, the parties have met and conferred regarding the scheduling of the defendants' response to the consolidated complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for the defendants' responses to the consolidated complaint shall be as follows:

| | |
|---|---|
| Defendants' Motions Due: | June 9, 2006 |
| Plaintiff's Oppositions Due: | July 24, 2006 |
| Defendants' Replies Due: | August 23, 2006 |
| Hearing on Defendants' Motions: | September 8, 2006 at 10:00 a.m., or such other date and time as the Court deems appropriate. |

Dated: April 13, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Steven D. Guggenheim
    Nina F. Locker
    Steven D. Guggenheim

Attorneys for Defendant
Brocade Communications Systems, Inc.

Dated: April 13, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

By: /s/ Jack DiCanio
    Richard Marmaro
    Jack DiCanio

Attorneys for Defendant
Gregory Reyes

| | | |
|---|---|---|
| 1 | Dated: April 13, 2006 | HELLER EHRMAN LLP |
| 2 | | 275 Middlefield Road |
| | | Menlo Park, CA 94025 |
| 3 | | Telephone: (650) 324-7000 |
| | | Facsimile: (650) 324-0638 |

By: /s/ Alexander Lyon
    Norman Blears
    Alexander Lyon

Attorneys for Defendant
Antonio Canova

Dated: April 13, 2006

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

By: /s/ Bradley E. Beckworth
    Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the Proposed Class

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the schedule for the defendants' response to the consolidated complaint shall be as follows:

| | |
|---|---|
| Defendants' Motions Due | June 9, 2006 |
| Plaintiff's Oppositions Due | July 24, 2006 |
| Defendants' Replies Due | August 23, 2006 |
| Hearing on Defendants' Motions | September 8, 2006 at 10:00 a.m., or such other date and time as the Court deems appropriate. |

IT IS SO ORDERED.

Dated: ___ April 14, 2006



_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

1   I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2   file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with
3   General Order 45.X.B, I hereby attest that each of the other signatories has concurred in this
4   filing.

5

6   Dated:  April 13, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
7

8
                                                    By: /s/ Mark T. Oakes
9                                                          Mark T. Oakes

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28