| | |
|---|---|
| 1 | NORMAN J. BLEARS (Bar No. 95600) |
| 2 | ALEXANDER M. R. LYON (Bar No. 211274) |
| | MATTHEW C. HOLOHAN (Bar No. 239040) |
| 3 | HELLER EHRMAN LLP |
| | 275 Middlefield Road |
| 4 | Menlo Park, CA 94025-3506 |
| 5 | Telephone: +1.650.324.7000 |
| | Facsimile: +1.650.324.0638 |
| 6 | |
| 7 | Attorneys for Defendant |
| | ANTONIO CANOVA |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, individually and on behalf of all others similarly situated, | Case No.: 3:05-CV-02042 CRB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **DEFENDANT ANTONIO CANOVA'S NOTICE OF SUBSTITUTION OF COUNSEL** |
| BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, AND ANTONIO CANOVA, | |
| Defendants. | |

CANOVA SUBSTITUTION OF COUNSEL: C05-0233 CRB

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Antonio Canova has substituted Norman J. Blears, Alexander M. R. Lyon, and Matthew C. Holohan of Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94025, (650) 324-7000, for previous counsel Nina F. Locker, Steven D. Guggenheim, and Caz Hashemi of Wilson Sonsini Goodrich & Rosati.

DATED: April 13, 2006			HELLER EHRMAN LLP


					By /s/ Alexander Lyon
					       ALEXANDER M. R. LYON

**DEFENDANT'S CONSENT TO SUBSTITUTION**

DATED: April 12, 2006			/s/ Antonio Canova
					       ANTONIO CANOVA


**PRIOR COUNSEL'S CONSENT TO SUBSTITUTION**

DATED: April 13, 2006			WILSON SONSINI GOODRICH & ROSATI


					By Caz Hashemi
					       CAZ HASHEMI


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: April 13, 2006			HELLER EHRMAN LLP


					By /s/ Alexander Lyon
					       ALEXANDER M. R. LYON

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

April 17, 2006

2
CANOVA SUBSTITUTION OF COUNSEL: C05-0233 CRB