Geoffrey M. Ezgar (SBN 184243)
gezgar@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:       (415) 772-1200
Facsimile:        (415) 772-7400

Michael C. Kelley (SBN 090062)
mkelley@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, California 90013
Telephone:       (213) 896-6000
Facsimile:        (213) 896-6600

Attorneys For Defendant
KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>　　　　　　Defendants. | Case No. 3:05-CV-02042 CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

## STIPULATION

WHEREAS, by stipulation dated April 13, 2006, the parties (with the exception of KPMG LLP which had not yet been named as a defendant in this action) agreed to a proposed briefing schedule and hearing date for the defendants' motions to dismiss;

WHEREAS, the Court approved the proposed schedule by order dated April 14, 2006 (the "Scheduling Order");

WHEREAS, KPMG LLP was first named in this action and served with the consolidated class action complaint *after* entry of the Scheduling Order;

WHEREAS, KPMG's counsel, Geoffrey M. Ezgar, has a pre-paid family vacation which directly conflicts with the aforementioned schedule;

WHEREAS, the parties, now including KPMG, have agreed to amend the schedule to accommodate KPMG's counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for the defendants' motions to dismiss the consolidated class action complaint shall be as follows:

| | |
|---|---|
| Defendants' Motions Due: | June 23, 2006 |
| Plaintiff's Oppositions Due: | August 21, 2006 |
| Defendants' Replies Due: | September 21, 2006 |
| Hearing on Defendants' Motions: | October 20, 2006 at 10:00 a.m., or such other date and time as the Court deems appropriate |

Dated: May 3, 2006                                        SIDLEY AUSTIN LLP


                                                          By: /s/ Geoffrey M. Ezgar
                                                          Geoffrey M. Ezgar
                                                          Robert B. Martin, III

                                                          Attorneys For Defendant KPMG LLP

| | | |
|---|---|---|
| 1 | Dated: May 3, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | 650 Page Mill Road |
| 3 | | Palo Alto, CA 94304-1050 |
| | | Telephone:  650-493-9300 |
| 4 | | Facsimile:   650-565-5100 |
| 5 | | By: /s/ Geoffrey M. Ezgar with permission of |
| | | Nina F. Locker |
| 6 | | Steven D. Guggenheim |
| 7 | | Attorneys For Defendant |
| | | Brocade Communications Systems, Inc. |
| 8 | | |
| 9 | Dated: May 3, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 10 | | 300 South Grand, Suite 3400 |
| | | Los Angeles, CA 90071 |
| 11 | | Telephone: 213-687-5000 |
| | | Facsimile:  213-687-5600 |
| 12 | | |
| 13 | | By: /s/ Geoffrey M. Ezgar with permission of |
| | | Richard Marmaro |
| 14 | | Jack DiCanio |
| 15 | | Attorneys For Defendant |
| | | Gregory Reyes |
| 16 | | |
| 17 | Dated: May 3, 2006 | HELLER EHRMAN LLP |
| 18 | | 275 Middlefield Road |
| | | Menlo Park, CA 94025 |
| 19 | | Telephone: 650-324-7000 |
| | | Facsimile: 650-324-0638 |
| 20 | | |
| 21 | | By: /s/ Alexander Lyon |
| 22 | | Norman Blears |
| | | Alexander Lyon |
| 23 | | Attorneys For Defendant |
| 24 | | Antonio Canova |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 3, 2006 | NIX, PATTERSON & ROACH, LLP |
| | | 205 Linda Drive |
| 3 | | Daingerfield, TX 75638 |
| | | Telephone: 903-645-7333 |
| 4 | | Facsimile: 903-645-4415 |

Dated: May 3, 2006

NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX 75638
Telephone: 903-645-7333
Facsimile: 903-645-4415

By: /s/ Geoffrey M. Ezgar with permission of
    Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the Proposed Class

1  **SIGNATURE ATTESTATION**

2      I am the ECF User whose identification and password are being used to file the
3  foregoing Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B.,
4  I hereby attest that each of the other signatories has concurred in this filing.

5  Dated:  May 3, 2006                  SIDLEY AUSTIN LLP

                                                          By: /s/ Geoffrey M. Ezgar
                                                               Geoffrey M. Ezgar
                                                                SIDLEY & AUSTIN LLP
                                                                555 California Street, Suite 2000
                                                                 San Francisco, CA 94104-1715
                                                                Telephone: 415-772-1200
                                                                Facsimile:   415-772-7400

                                                               Attorneys For Defendant KPMG LLP

1 **[PROPOSED] ORDER**

2 Upon stipulation of the parties, and good cause appearing, the schedule for the

3 defendants' response to the consolidated complaint shall be as follows:

4     Defendants' Motions Due:     June 23, 2006

5     Plaintiff's Oppositions Due:     August 21, 2006

6     Defendants' Replies Due:     September 21, 2006

7     Hearing on Defendants' Motions:     October 20, 2006 at 10:00 a.m., or such other

8     date and time as the Court deems appropriate

10     IT IS SO ORDERED.

12 Dated: May _08_, 2006



THE HONORABLE CHARLES R. BREYER
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**[PROPOSED] SCHEDULING ORDER – CASE NO. 3:05-CV-02042 CRB**

SF1 1433571v.1