NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
BROCADE COMMUNICATIONS
SYSTEMS, INC., SETH NEIMAN, NEAL
DEMPSEY, MARK LESLIE, LARRY
SONSINI, CHRISTOPHER PAISLEY and
NICHOLAS MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA, <br><br> Defendants. | CASE NO.: 3:05-cv-2042 CRB <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS** |

**STIPULATION**

WHEREAS, plaintiff filed its Consolidated Class Action Complaint (the "Complaint") on April 14, 2006;

WHEREAS, by stipulation dated June 7, 2006, the parties agreed to a proposed briefing schedule and hearing date for the defendants' motions to dismiss the Complaint, and the Court approved the briefing schedule by order entered June 9, 2006;

WHEREAS, pursuant to the briefing schedule, the defendants' motions to dismiss are currently due July 14, 2006;

WHEREAS, the Complaint is 105 pages in length and names eleven defendants;

WHEREAS, the eleven defendants are represented by five separate law firms;

WHEREAS, pursuant to the Local Rules and this Court's Standing Order, each of the defendants is entitled to file a separate, fifteen (15) page motion to dismiss and supporting memorandum of points and authorities, and a separate reply memorandum of points and authorities;

WHEREAS, in order to promote the interest of judicial efficiency, defendants intend to coordinate their motions to dismiss to the extent practicable and defendants Brocade Communications Systems, Inc. ("Brocade") and Seth Neiman, Neal Dempsey, Mark Leslie, Larry Sonsini, Christopher Paisley and Nicholas Moore (the "Audit Committee Defendants") intend to file a joint motion to dismiss the Complaint;

WHEREAS, given the complexity of the Complaint, the complexity of the law governing the allegations in the Complaint, and that defendants will attempt to coordinate their motions to dismiss, defendants believe it is appropriate to permit them to exceed the applicable page limits provided by this Court's Standing Order and the Local Rules;

WHEREAS, plaintiff does not object to defendants' page limit requests, so long as plaintiff is permitted an equal number of pages to respond;

WHEREAS, plaintiff wishes to have the option to file separate oppositions to the defendants' motions to dismiss or one omnibus opposition to all the motions to dismiss, and defendants do not object;

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2 subject to approval of the Court, that:
3    1.    Brocade and the six Audit Committee Defendants' joint motion to dismiss the
4 operative complaint, along with supporting memoranda of points and authorities, may exceed the
5 fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed a total of
6 forty-two (42) pages, exclusive of the caption page, table of contents, table of authorities,
7 declarations, exhibits, and summary of argument.
8    2.    Brocade and the six Audit Committee Defendants' reply memoranda in further
9 support of their joint motion to dismiss the operative complaint may exceed the (15) page limit,
10 but may not exceed a total of twenty (20) pages, exclusive of the caption page, table of contents,
11 table of authorities, declarations and exhibits.
12   3.    Defendant KPMG LLP's motion to dismiss the operative complaint, along with
13 its supporting memorandum of points and authorities, may exceed the fifteen (15) page limit
14 imposed by this Court's Standing Order, but may not exceed twenty-five (25) pages, exclusive of
15 the caption page, table of contents, table of authorities, declarations, exhibits, and summary of
16 argument.
17   4.    Defendant Greg Reyes's motion to dismiss the operative complaint, along with
18 his supporting memorandum of points and authorities, may exceed the fifteen (15) page limit
19 imposed by this Court's Standing Order, but may not exceed twenty (20) pages, exclusive of the
20 caption page, table of contents, table of authorities, declarations, exhibits, and summary of
21 argument.
22   5.    Plaintiff may file separate oppositions to the defendants' motions to dismiss or
23 one omnibus opposition.  Plaintiff's oppositions or omnibus opposition may exceed the fifteen
24 (15) page limit imposed by this Court's Standing Order, but may not exceed the combined total
25 number of pages allotted to defendants on their motions to dismiss, exclusive of the caption
26 page, table of contents, table of authorities, declarations, exhibits, and summary of argument.
27
28

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS
CASE NO. 3:05-CV-2042 CRB
-2-
2913829_2.DOC

| | | |
|---|---|---|
| 1 | Dated: July 12, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Mark T. Oakes<br>     Nina F. Locker<br>     Steven D. Guggenheim |
| 5 | |     Mark T. Oakes |
| 6 | | Attorneys for Defendant<br>Brocade Communications Systems, Inc. and |
| 7 | | the Audit Committee Defendants |
| 8 | | |
| 9 | Dated: July 12, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 10 | | 300 South Grand, Suite 3400<br>Los Angeles, CA 90071 |
| 11 | | Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Harriet S. Posner<br>     Richard Marmaro |
| 15 | |     Harriet S. Posner |
| 16 | | Attorneys for Defendant<br>Gregory Reyes |
| 17 | | |
| 18 | Dated: July 12, 2006 | HELLER EHRMAN LLP<br>275 Middlefield Road |
| 19 | | Menlo Park, CA 94025<br>Telephone: (650) 324-7000 |
| 20 | | Facsimile: (650) 324-0638 |
| 21 | | |
| 22 | | By: /s/ Alexander Lyon<br>     Norman Blears |
| 23 | |     Alexander Lyon |
| 24 | | Attorneys for Defendant<br>Antonio Canova |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: July 12, 2006 | SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>By: /s/ Geoffrey M. Ezgar<br>      Geoffrey M. Ezgar<br><br>Attorneys for Defendant<br>KPMG LLP |
| Dated: July 12, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>By: /s/ Patrick Doolittle<br>      John Potter<br>      Scott Lawson<br>      Patrick Doolittle<br><br>Attorneys for Defendant<br>Michael Byrd |
| Dated: July 12, 2006 | NIX, PATTERSON & ROACH, L.L.P.<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Telephone: (903) 645-7333<br>Facsimile: (903) 645-4415<br><br>By: /s/ Bradley E. Beckworth<br>      Bradley E. Beckworth<br><br>Co-Lead Counsel for Lead Plaintiff and the Proposed Class |

| | |
|---|---|
| 1 | PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP |
| 2 | Century Bank Plaza |
|   | 2900 St. Michael Drive, Suite 400 |
| 3 | Texarkana, TX 75505-6128 |
|   | Telephone: 903-334-7000 |
| 4 | Facsimile: 903-330-7007 |
| 5 | Co-Lead Counsel for Lead Plaintiff and the Proposed Class |
| 6 | |
| 7 | KAPLAN FOX & KILSHEIMER LLP |
|   | 555 Montgomery Street, Suite 1501 |
| 8 | San Francisco, CA 94111 |
|   | Telephone: 415-772-4700 |
| 9 | Facsimile: 415-772-4707 |
| 10 | Liaison Counsel for Lead Plaintiff and the Proposed Class |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS
CASE NO. 3:05-CV-2042 CRB

-5-

2913829_2.DOC

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing:

1. Brocade and the six Audit Committee Defendants' joint motion to dismiss the operative complaint, along with supporting memoranda of points and authorities, may exceed the fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed a total of forty-two (42) pages, exclusive of the caption page, table of contents, table of authorities, declarations, exhibits, and summary of argument.

2. Brocade and the six Audit Committee Defendants' reply memoranda in further support of their joint motion to dismiss the operative complaint may exceed the (15) page limit, but may not exceed a total of twenty (20) pages, exclusive of the caption page, table of contents, table of authorities, declarations and exhibits.

3. Defendant KPMG LLP's motion to dismiss the operative complaint, along with its supporting memorandum of points and authorities, may exceed the fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed twenty-five (25) pages, exclusive of the caption page, table of contents, table of authorities, declarations, exhibits, and summary of argument.

4. Defendant Greg Reyes's motion to dismiss the operative complaint, along with his supporting memorandum of points and authorities, may exceed the fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed twenty (20) pages, exclusive of the caption page, table of contents, table of authorities, declarations, exhibits, and summary of argument.

5. Plaintiff may file separate oppositions to the defendants' motions to dismiss or one omnibus opposition. Plaintiff's oppositions or omnibus opposition may exceed the fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed the combined total number of pages allotted to defendants on their motions to dismiss.

IT IS SO ORDERED.

Dated: July 17, 2006

_____
THE HONORABLE _____
United States District _____

*Judge Charles R. Breyer*