Laurence D. King (State Bar No. 206423)
Linda M. Fong (State Bar No. 124232)
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone:  415-772-4700
Facsimile:  415-772-4707
LKing@KaplanFox.com
LFong@KaplanFox.com

*Liaison Counsel in Brocade Securities Litigation*

Jeffrey J. Angelovich (admitted *Pro Hac Vice*)
Bradley E. Beckworth (admitted *Pro Hac Vice*)
Susan Whatley
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone:  903-645-7333
Facsimile:  903-645-4415
BBeckworth@nixlawfirm.com
JAngelovich@nixlawfirm.com
SWhatley@nixlawfirm.com

Richard A. Adams (admitted *Pro Hac Vice*)
Sean Rommel (admitted *Pro Hac Vice*)
PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone:  903-334-7000
Facsimile:  903-330-7007
radams@pattonroberts.com
srommel@pattonroberts.com

*Co-Lead Counsel in Brocade Securities Litigation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, individually and on behalf of others similarly situation | CASE NO.: C05-02042-CRB |
| | SECURITIES LITIGATION |
| v. | **NOTICE OF DISMISSAL OF MICHAEL BYRD** |
| BROCADE COMMUNICATIONS SYSTEMS, ET AL. | Dept.:   Courtroom 8, 19th Floor<br>Before:  Hon. Charles R. Breyer |

NOTICE OF DISMISSAL OF MICHAEL BYRD                              Case No.:  C05-02042 CRB

## Lead Plaintiff's Notice of Voluntary Dismissal Without Prejudice Under Fed. R. Civ. P. 41(a)(1) Against Michael Byrd

WHEREAS, on April 14, 2006, Court appointed Lead Plaintiff, the Arkansas Employee Retirement System ("APERS") filed its Consolidated Class Action in this case;

WHEREAS, the Consolidated Class Action Complaint asserts certain claims against Michael Byrd, a former employee of Defendant Brocade Communications Systems, under the Securities Exchange Act of 1934;

THEREFORE, APERS states as follows:

1.      APERS withdraws and voluntarily dismisses any and all counts or claims asserted against Michael Byrd as set forth in the Consolidated Class Action Complaint;

2.      Any and all applicable statutes of limitations or other legal or other equitable times for filing, or deadlines for the filing of a claim that has been or could have been asserted by APERS in the Consolidated Class Action Complaint against Michael Byrd are hereby TOLLED from the date of this Notice of Voluntary Dismissal Without Prejudice until the earlier of the date on which the Action is dismissed with prejudice or April 14, 2007.  Michael Byrd agrees to not include this period in determining the applicability of any statute of limitations, laches or any other defense based on the lapse of time in this case in connection with any claims that may be reasserted in this Action against him.

3.      Nothing in this Notice of Voluntary Dismissal shall be applied to any other defendant named in this Action.

DATED: September 8, 2006



IT IS SO ORDERED

Judge Charles R. Breyer

Sept. 11, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

_____/s/_____
John Potter
Scott Lawson
Patrick Doolittle

Attorneys for Defendant
Michael Byrd

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903-645-7333
Facsimile: 903-645-4415


_____/s/_____

Bradley E. Beckworth

Co-Lead Counsel in Brocade Securities
Litigation

NOTICE OF DISMISSAL OF MICHAEL BYRD                                    Case No.:  C05-02042 CRB

1

**PROOF OF SERVICE**

2   I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to

3 the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 555

4 Montgomery Street, San Francisco, California 94111.

5   On September 8, 2006, I used the Northern District of California's Electronic Case Filing

6 System, with the ECF registered to Laurence D. King to file following document(s):

7   **NOTICE** OF **DISMISSAL OF MICHAEL BYRD**

8   The ECF system is designed to send an e-mail message to all parties in the case, which

9 constitutes service. According to the ECF/PACER system, for this case, the parties served are as

10 follows:

11      Richard A. Adams -- radams@pattonroberts.com; mcosta@pattonroberts.com
       Brian Joseph Barry, Esq -- bribarry1@yahoo.com

12      Bradley E. Beckworth -- BBeckworth@nixlawfirm.com;
       sandiclark@nixlawfirm.com; SWhatley@nixlawfirm.com

13      Eric J. Belfi -- ebelfi@murrayfrank.com
       Patrice L. Bishop -- service@ssbla.com

14      Norman J. Blears -- nblears@hewm.com; susan.griffin-preston@hellerehrman.com;
       yvonne.somek@hellerehrman.com;victor.gonzales@hellerehrman.com

15      Michael David Braun -- mdb@braunlawgroup.com
       Kelly L Bulawsky -- kbulawsky@cpsmlaw.com

16      Timothy J. Burke -- service@ssbla.com
       Jack Patrick DiCanio – jdicanio@skadden.com; rmckaig@skadden.com;

17      ljohnsto@skadden.com
       Patrick C. Doolittle -- patrickdoolittle@quinnemanuel.com

18      Geoffrey M. Ezgar -- gezgar@sidley.com; osantos@sidley.com;
       grodriguez@sidley.com

19      Linda M. Fong -- lfong@kaplanfox.com
       Michael M. Goldberg -- info@glancylaw.com

20      Robert S. Green -- RSG@CLASSCOUNSEL.COM;
       CAND.USCOURTS@CLASSCOUNSEL.COM

21      Steven Guggenheim -- sguggenheim@wsgr.com
       Caz Hashemi -- CHASHEMI@WSGR.COM

22      Cameron Powers Hoffman -- choffman@wsgr.com; mstinson@wsgr.com
       Matthew C. Holohan -- matthew.holohan@hellerehrman.com

23      Willem F. Jonckheer -- wjonckheer@schubert-reed.com
       Laurence D. King -- lking@kaplanfox.com

24      Scott G. Lawson -- scottlawson@quinnemanuel.com;
       robertchang@quinnemanuel.com

25      Nina F. Locker -- nlocker@wsgr.com; lkoontz@wsgr.com; calendar@wsgr.com
       Alexander M.R. Lyon – Alexander.lyon@hellerehrman.com

26      Betsy C. Manifold -- manifold@whafh.com
       Robert Brooks Martin, III -- rbmartin@sidley.com; grodriguez@sidley.com

27      David Andrew McCarthy -- dmccarthy@wsgr.com; vmendoza@wsgr.com
       George L. McWilliams -- gmcwilliams@pattonroberts.com

28      Brian P Murray -- bmurray@rabinlaw.com

NOTICE OF DISMISSAL OF MICHAEL BYRD         Case No.: C05-02042 CRB

1   Mark Thomas Oakes -- moakes@wsgr.com; jjohnstone@wsgr.com
Harriet S. Posner -- hposner@skadden.com; btravagl@skadden.com;
2   pmorriso@skadden.com
John M. Potter -- johnpotter@quinnemanuel.com
3   Sean F Rommel -- srommel@pattonroberts.com; pdesantis@pattonroberts.com
Arthur L. Shingler, III -- ashingler@scott-scott.com; ssawyer@scott-scott.com
4   Susan Whatley -- susanwhatley@nixlawfirm.com; sandiclarke@nixlawfirm.com
Robin Winchester – ecf_filings@sbclasslaw.com
5

6   On this date, I served the below parties:

7   Sandy A. Liebhard
Gregory M. Egleston
8   Joseph R. Seidman
Uri Seth Ottensoser
9   BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
10  New York City, NY 10016
Telephone: 212-779-1414
11  Facsimile: 212-779-3218

12  _____ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I
certify that said transmission was completed and that all pages were received and that a report was
13  generated by the facsimile machine which confirms said transmission and receipt.

14  _____ (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following
ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox
15  Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the
United States Postal Service, said practice being that, in the ordinary course of business,
16  correspondence with postage fully prepaid is deposited with the United States Postal Service the
same day as it is placed for collection.
17

18  ___ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the
person(s) at the address(es) set forth below.
19

20  XXX  (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated
by the express service carrier for collection and overnight delivery by following the ordinary
21  business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox
Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery,
22  said practice being that, in the ordinary course of business, correspondence for overnight delivery is
deposited with delivery fees paid or provided for at the carrier's express service offices for next-day
23  delivery the same day as the correspondence is placed for collection.

24  I declare under penalty of perjury under the laws of the United States of America and the

25  State of California that the foregoing is true and correct.

26  Executed September 8, 2006 at San Francisco, California.

27

Adrianna D. Gutierrez

28

4

NOTICE OF DISMISSAL OF MICHAEL BYRD                    Case No.: C05-02042 CRB