NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS, INC., NEAL DEMPSEY, MARK LESLIE, NICHOLAS MOORE, SETH NEIMAN, CHRISTOPHER PAISLEY and LARRY SONSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>  Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

1  **STIPULATION**

2  WHEREAS, by order dated November 3, 2006, the Court denied motions to dismiss
3  submitted by defendants Brocade Communications Systems, Inc., Greg Reyes, and Anthony
4  Canova, and granted motions to dismiss submitted by defendants KPMG LLP, Neal Dempsey,
5  Mark Leslie, Nicholas Moore, Seth Neiman, Christopher Paisley and Larry Sonsini;

6  WHEREAS, the Court granted plaintiffs leave to amend within sixty (60) days;

7  WHEREAS, the parties have met and conferred regarding the scheduling of answers by
8  the defendants whose motions to dismiss were denied;

9  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
10 subject to approval of the Court, that defendants Brocade Communications Systems, Inc., Greg
11 Reyes and Anthony Canova shall have twenty (20) days after the filing of an amended complaint
12 to file their answers.

13

14 Dated: November 13, 2006        WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation
15

16
                                  By: /s/ Steven D. Guggenheim
17                                    Nina F. Locker
                                      Steven D. Guggenheim
18
                                  Attorneys for Defendant
19                                Brocade Communications Systems, Inc.

20

21 Dated: November 13, 2006        SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
22                                300 South Grand, Suite 3400
                                  Los Angeles, CA 90071
23                                Telephone: (213) 687-5000
                                  Facsimile: (213) 687-5600
24

25
                                  By: /s/ Garrett Waltzer
26                                    Richard Marmaro
                                      Jack DiCanio
27                                    Garrett Waltzer

28                                Attorneys for Defendant
                                  Gregory Reyes

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | HELLER EHRMAN LLP |
| 2 | | 275 Middlefield Road |
| | | Menlo Park, CA 94025 |
| 3 | | Telephone: (650) 324-7000 |
| | | Facsimile: (650) 324-0638 |

By: /s/ Alexander Lyon
    Norman Blears
    Alexander Lyon

Attorneys for Defendant
Antonio Canova

Dated: November 13, 2006

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

By: /s/ Bradley E. Beckworth
    Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the Proposed Class

1  [PROPOSED] ORDER

2  Upon stipulation of the parties, and good cause appearing, defendants Brocade
3  Communications Systems, Inc., Greg Reyes and Anthony Canova shall have twenty (20) days
4  after the filing of an amended complaint to file their answers.
5  IT IS SO ORDERED.

7  Dated: __November 17, 2006_____   _____
8  THE HONORABLE CHARLES R. BREYER
   United States District Judge



1  I, Christopher R. Howald, am the ECF User whose identification and password are being
2 used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance
3 with General Order 45.X.B, I hereby attest that each of the other signatories has concurred in this
4 filing.

5

6 Dated:  November 13, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
7

8
                                                By: /s/ Christopher R. Howald
9                                                    Christopher R. Howald

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28