1 | **Geoffrey M. Ezgar (SBN 184243)**
    **gezgar@sidley.com**
2 | **Robert B. Martin, III (SBN 235489)**
    **rbmartin@sidley.com**
3 | **SIDLEY AUSTIN LLP**
    **555 California Street, Suite 2000**
4 | **San Francisco, California  94104**
    **Telephone:        (415) 772-1200**
5 | **Facsimile:         (415) 772-7400**

6 | **Michael C. Kelley (SBN 090062)**
    **mkelley@sidley.com**
7 | **SIDLEY AUSTIN LLP**
    **555 West Fifth Street, 40th Floor**
8 | **Los Angeles, California  90013**
    **Telephone:        (213) 896-6000**
9 | **Facsimile:         (213) 896-6600**

10 | **Attorneys For Defendant**
     **KPMG LLP**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, </br></br>            Plaintiff, </br></br>     v. </br></br> BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, and ANTONIO CANOVA, </br></br>            Defendants. | Case No. 3:05-CV-02042 CRB </br></br> **CLASS ACTION** </br></br> [PROPOSED] **SCHEDULING ORDER** |

[PROPOSED] SCHEDULING ORDER – CASE NO. 3:05-CV-02042 CRB

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, plaintiff's amended complaint against KPMG is due on or before February 16, 2007. Should plaintiff fail to file an amended complaint by that date, then KPMG shall be deemed dismissed from the case with prejudice.

IT IS SO ORDERED.

Dated: January _03_, 2007



_____
THE HONORABLE CHARLES R. BREYER
United States District Judge