NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
BROCADE COMMUNICATIONS
SYSTEMS, INC., NEAL DEMPSEY, SETH
NEIMAN and LARRY SONSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY,<br><br>Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND DISCOVERY** |

# STIPULATION

WHEREAS, on April 14, 2006, Lead Plaintiff, the Arkansas Public Employees Retirement System ("APERS"), filed its Consolidated Class Action Complaint (the "Complaint");

WHEREAS, by order dated November 3, 2006, the Court denied motions to dismiss submitted by defendants Brocade Communications Systems, Inc. ("Brocade"), Greg Reyes, and Antonio Canova; and the Court granted motions to dismiss submitted by defendants KPMG LLP, Neal Dempsey, Mark Leslie, Nicholas Moore, Seth Neiman, Christopher Paisley and Larry Sonsini;

WHEREAS, by Court order dated November 3, 2006, the Court granted APERS' leave to amend within sixty (60) days;

WHEREAS, APERS filed an Amended Consolidated Class Action Complaint (the "Amended Complaint") on January 2, 2007;

WHEREAS, the Amended Complaint names as defendants the following three individuals who were previously dismissed from the case: Neal Dempsey, Seth Neiman and Larry Sonsini (the "Audit Committee Defendants");

WHEREAS, discovery in this case is currently stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3) ("PSLRA"), except for the Court Order granting APERS' Motion for Partial Modification of the PSLRA Discovery Stay;

WHEREAS, the Court indicated at the November 3, 2006 hearing that APERS would have only one additional opportunity to amend with respect to the dismissed defendants;

WHEREAS, the parties have met and conferred regarding the possibility for discovery between APERS and Brocade, Dempsey, Neiman and Sonsini in light of the fact that APERS already filed its Amended Complaint and may not further amend in order to respond to a motion to dismiss by the Audit Committee Defendants (and therefore may not use any discovery from Brocade, Dempsey, Neiman and/or Sonsini to withstand a motion to dismiss by the Audit Committee Defendants); and

WHEREAS, the parties have met and conferred regarding a briefing schedule for motions to dismiss by the Audit Committee Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. The schedule for the Audit Committee Defendants' motion to dismiss the Amended Complaint shall be as follows:

   | | |
   |---|---|
   | Motion to Dismiss Due: | February 16, 2007 |
   | APERS' Opposition Due: | March 30, 2007 |
   | Reply Due: | April 25, 2007 |
   | Hearing on Motion to Dismiss: | May 11, 2007 at 10:00 a.m., or such other date and time as the Court deems appropriate |

2. Discovery shall immediately commence between Brocade and APERS. Discovery against Dempsey, Neiman, and Sonsini shall be conducted against them as third parties until such time, if ever, that APERS' claims against them survive a motion to dismiss.

3. On November 3, 2006, the Court granted APERS' leave to amend the claims against Dempsey, Neiman and/or Sonsini one time and ordered that any such amendment must be filed no later than January 2, 2007. APERS filed its Amended Complaint on January 2, 2007, in compliance with the Court's order. In the event the Court grants a motion to dismiss the Amended Complaint as to Dempsey, Neiman and/or Sonsini, APERS agrees not to assert as ground for error on appeal that it was improper for the Court to not grant APERS' leave to again amend claims as to Dempsey, Neiman and/or Sonsini after January 2, 2007. However, this agreement does not apply to and/or preclude APERS' right and/or ability to file any motion under Rule 60 of the Federal Rules of Civil Procedure. Moreover, in the event the Court denies any motion to dismiss the Amended Complaint as to Dempsey, Neiman and/or Sonsini, this agreement does not apply to and/or preclude APERS' right and/or ability to thereafter file an amended complaint as to claims against any such defendant.

| | |
|---|---|
| Dated: January 12, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Steven D. Guggenheim<br>     Steven D. Guggenheim<br><br>Attorneys for Defendants<br>Brocade Communications Systems, Inc., Neal Dempsey, Seth Neiman and Larry Sonsini |

[*Remainder of page intentionally left blank*]

Dated: January 12, 2007

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415


By: /s/ Bradley E. Beckworth
 Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the Proposed Class


PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the Proposed Class


KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the Proposed Class


## [~~PROPOSED~~] ORDER

For good cause appearing, the foregoing stipulation is approved.  IT IS SO ORDERED.

Dated: January 17, 2007

THE HONORABLE CHARLES R. BREYER
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*