1  RICHARD MARMARO (Bar No. 91387)
   rmarmaro@skadden.com
2  JACK P. DICANIO (Bar No.  138782)
   jdicanio@skadden.co
3  RONDA J. MCKAIG (Bar No. 216267)
   rmkaig@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, California 90071-3144
   Tel:  (213) 687-5000
6  Fax:  (213) 687-5600

7  GARRETT J. WALTZER (Bar No. 130764)
   gwaltzer@skadden.com
8  ROGER I. TEICH (Bar No. 147076)
   rteich@skadden.com
9  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
10 Palo Alto, California 94301
   Tel:  (650) 470-4500
11 Fax:  (650) 470-4570

12 Attorneys for Defendant Gregory L. Reyes

13            UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16 PRENA SMAJLAJ, individually and on behalf  )   CASE NO. 3:05-CV-02042 CRB
   of all others similarly situated,          )
17                                            )   JOINT STIPULATION AND
                       Plaintiff,             )   [PROPOSED] ORDER TO CONTINUE
18                                            )   CERTAIN DEFENDANTS' TIME TO
             v.                               )   ANSWER PLAINTIFF'S AMENDED
19                                            )   CONSOLIDATED CLASS ACTION
   BROCADE COMMUNICATIONS                     )   COMPLAINT
20 SYSTEMS, INC., GREGORY REYES,              )
   ANTONIO CANOVA, LARRY W. SONSINI,          )
21 SETH D. NEIMAN AND NEAL DEMPSEY,           )
                                              )
22                     Defendants.            )   Judge:  Hon. Charles R. Breyer
                                              )   Courtroom:  8, 19th Floor
23 _____)

24

25        WHEREAS, on April 14, 2006, Lead Plaintiff, the Arkansas Public Employees Retirement

26 System ("APERS"), filed its Consolidated Class Action Complaint;

27        WHEREAS, by Order dated November 3, 2006, the Court denied the motions to dismiss of

28 defendants Brocade Communications Systems, Inc. ("Brocade"), Gregory Reyes, and Antonio

---

1 | Canova and granted the motion to dismiss of defendants KPMG LLP, Neal Dempsey, Mark Leslie,

2 | Nicholas Moore, Seth Neiman, Christopher Paisley and Larry Sonsini;

3 |      WHEREAS, by separate Order dated November 3, 2006, the Court granted APERS leave to

4 | amend its Complaint within sixty (60) days;

5 |      WHEREAS, by stipulated Order dated November 17, 2006, the Court granted defendants

6 | Brocade, Gregory L. Reyes and Antonio Canova twenty (20) days after the filing of the Amended

7 | Complaint to file their Answers;

8 |      WHEREAS, APERS filed an Amended Consolidated Class Action Complaint (the

9 | "Amended Complaint") on January 2, 2007;

10 |      WHEREAS, the parties have met and conferred and are in agreement that, in light of the

11 | number of Plaintiff's allegations in the Amended Complaint, there is good cause to extend for

12 | seven (7) days the time of defendants Brocade, Reyes and Canova to answer the Amended

13 | Complaint;

14 |      IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,

15 | subject to approval of the Court, that defendants Brocade, Reyes and Canova shall have through

16 | and including January 29, 2007, in which to file and serve their answers to the Amended Complaint.

17 |

18 | DATED:  January 19, 2007          SKADDEN, ARPS, SLATE, MEAGHER

                & FLOM LLP

19 |

20 |           /s/ Garrett J. Waltzer

21 |           Garrett J. Waltzer

          525 University Avenue, Suite 1100

22 |           Palo Alto, California 94301

          Telephone:  (650) 470-4500

23 |           *Attorneys for Defendant Gregory L. Reyes*

24 |

25 |

26 |

27 |

28 |

DATED: January 19, 2007

WILSON SONSINI GOODRICH
& ROSATI
Professional Corporation

_____/s/ Steven Guggenheim_____
Steven Guggenheim
650 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 493-9300

*Counsel for Defendant*
*Brocade Communications Systems, Inc.*

DATED: January 19, 2007

HELLER EHRMAN LLP

_____/s/ Alexander Lyon_____
Alexander Lyon
275 Middlefield Road
Menlo Park, CA 94025
Telephone:  (650) 324-7017

*Counsel for Defendant Antonio Canova*

DATED: January 19, 2007

NIX, PATTERSON & ROACH, L.L.P.

_____/s/ Bradley E. Beckworth_____
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333

*Co-Lead Counsel for Lead Plaintiff and the*
*Proposed Class*

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone:  (903) 334-7000

*Co-Lead Counsel for Lead Plaintiff and the*
*Proposed Class*

3

1   KAPLAN FOX & KILSHEIMER LLP
2   555 Montgomery Street, Suite 1501
    San Francisco, CA 94111
3   Telephone:  (415) 772-4700

    *Liaison Counsel for Lead Plaintiff and the*
4   *Proposed Class*

5   *Attorneys for Plaintiff Arkansas Public Employees Retirement System*

6

7                    [PROPOSED] ORDER
8

9          Upon Stipulation of the parties, and good cause appearing, defendants Brocade

10  Communications Systems, Inc., Gregory L. Reyes and Antonio Canova shall have through and

11  including January 29, 2007, in which to file and serve their answers to the Amended Complaint.

12         **IT IS SO ORDERED**.

13

14

15  DATED:  January 19, 2007____                              _____
                                                              HON. CHARLES R. BREYER
16                                                            U.S. DISTRICT COURT JUDGE
17
18                        IT IS SO ORDERED
19                        Judge Charles R. Breyer
20
21
22
23
24
25
26
27
28

                                    4