NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
BROCADE COMMUNICATIONS
SYSTEMS, INC., NEAL DEMPSEY, SETH
NEIMAN and LARRY SONSINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY,<br><br>          Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

**STIPULATION**

WHEREAS, on April 14, 2006, Lead Plaintiff, the Arkansas Public Employees Retirement System ("APERS"), filed its Consolidated Class Action Complaint (the "Complaint");

WHEREAS, by Court order dated November 3, 2006, the Court denied motions to dismiss submitted by defendants Brocade Communications Systems, Inc. ("Brocade"), Greg Reyes, and Antonio Canova; and the Court granted motions to dismiss submitted by defendants KPMG LLP, Neal Dempsey, Mark Leslie, Nicholas Moore, Seth Neiman, Christopher Paisley and Larry Sonsini;

WHEREAS, by Court order dated November 3, 2006, the Court granted APERS' leave to amend within sixty (60) days;

WHEREAS, APERS filed an Amended Consolidated Class Action Complaint (the "Amended Complaint") on January 2, 2007;

WHEREAS, the Amended Complaint names as defendants the following three individuals who were previously dismissed from the case: Neal Dempsey, Seth Neiman and Larry Sonsini (the "Audit Committee Defendants");

WHEREAS, by stipulation and order entered January 19, 2007, the parties agreed to a briefing schedule for a motion to dismiss by the Audit Committee Defendants;

WHEREAS, the parties have met and conferred, and have agreed to amend the briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for the Audit Committee Defendants' motion to dismiss the Amended Complaint shall be as follows:

| | |
|---|---|
| Motion to Dismiss Due: | March 9, 2007 |
| APERS' Opposition Due: | April 27, 2007 |
| Reply Due: | May 18, 2007 |
| Hearing on Motion to Dismiss: | June 8, 2007 at 10:00 a.m., or such other date and time as the Court deems appropriate |

IT IS SO STIPULATED.

Dated: February 12, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By: /s/ Steven D. Guggenheim
                                                    Steven D. Guggenheim

                                             Attorneys for Defendants
                                             Brocade Communications Systems, Inc., Neal
                                             Dempsey, Seth Neiman and Larry Sonsini


Dated: February 12, 2007                     NIX, PATTERSON & ROACH, L.L.P.
                                             205 Linda Drive
                                             Daingerfield, TX 75638
                                             Telephone: (903) 645-7333
                                             Facsimile: (903) 645-4415



                                             By: /s/ Bradley E. Beckworth
                                                    Bradley E. Beckworth

                                             Co-Lead Counsel for Lead Plaintiff and the
                                             Proposed Class


                                             PATTON, ROBERTS, MCWILLIAMS
                                             & CAPSHAW, LLP
                                             Century Bank Plaza
                                             2900 St. Michael Drive, Suite 400
                                             Texarkana, TX 75505-6128
                                             Telephone: 903-334-7000
                                             Facsimile: 903-330-7007

                                             Co-Lead Counsel for Lead Plaintiff and the
                                             Proposed Class


                                             KAPLAN FOX & KILSHEIMER LLP
                                             555 Montgomery Street, Suite 1501
                                             San Francisco, CA 94111
                                             Telephone: 415-772-4700
                                             Facsimile: 415-772-4707

                                             Liaison Counsel for Lead Plaintiff and the
                                             Proposed Class

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the schedule for the Audit Committee Defendants' motion to dismiss the Amended Complaint shall be as follows:

| | |
|---|---|
| Motion to Dismiss Due: | March 9, 2007 |
| APERS' Opposition Due: | April 27, 2007 |
| Reply Due: | May 18, 2007 |
| Hearing on Motion to Dismiss: | June 8, 2007 at 10:00 a.m., or such other date and time as the Court deems appropriate |

IT IS SO ORDERED.

Dated: February 13, 2007

THE HONORABLE CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1  I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2 file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE.
3 In compliance with General Order 45.X.B, I hereby attest that each of the signatories has
4 concurred in this filing.

6 Dated:  February 12, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:  /s/ Mark T. Oakes
                                                      Mark T. Oakes