NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
BROCADE COMMUNICATIONS
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY,<br><br>          Defendants. | CASE NO.:  3:05-cv-2042 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS** |

**STIPULATION**

WHEREAS, on January 2, 2007, Lead Plaintiff, the Arkansas Public Employees Retirement System ("APERS"), filed an Amended Consolidated Class Action Complaint (the "Amended Complaint");

WHEREAS, the Amended Complaint names as defendants the following three individuals who were previously dismissed from the case: Neal Dempsey, Seth Neiman and Larry Sonsini (the "Audit Committee Defendants");

WHEREAS, by stipulation dated February 12, 2007, the parties agreed to a proposed briefing schedule and hearing date for the Audit Committee Defendants' motion to dismiss the Amended Complaint, and the Court approved the briefing schedule by order entered February 15, 2007;

WHEREAS, the Audit Committee Defendants' motion to dismiss is currently due March 9, 2007:

WHEREAS, pursuant to the Local Rules and this Court's Standing Order, each of the defendants is entitled to file a separate, fifteen (15) page motion to dismiss and supporting memorandum of points and authorities, and a separate reply memorandum of points and authorities;

WHEREAS, in order to promote the interest of judicial efficiency, the Audit Committee Defendants intend to file a joint motion to dismiss;

WHEREAS, given the complexity of the Amended Complaint, the complexity of the law governing the allegations in the Complaint, and that the Audit Committee Defendants will coordinate their motions to dismiss, the Audit Committee Defendants believe it is appropriate to permit them to exceed the applicable page limits provided by this Court's Standing Order and the Local Rules;

WHEREAS, APERS does not object to the Audit Committee Defendants' page limit requests, so long as APERS is permitted an equal number of pages to respond;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1          1.      The Audit Committee Defendants' joint motion to dismiss the Amended

2   Complaint, along with supporting memoranda of points and authorities, may exceed the fifteen

3   (15) page limit imposed by this Court's Standing Order, but may not exceed a total of seventeen

4   (17) pages, exclusive of the caption page, table of contents, table of authorities, declarations,

5   exhibits, and summary of argument.

6          2.      APERS opposition to the Audit Committee Defendants' motion to dismiss may

7   exceed the fifteen (15) page limit imposed by this Court's Standing Order, but may not exceed a

8   total of seventeen (17) pages, exclusive of the caption page, table of contents, table of

9   authorities, declarations, exhibits, and summary of argument.

10

11  Dated:  March 9, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
12

13

                                            By:  /s/ Mark T. Oakes
14                                                Mark T. Oakes

15                                          Attorneys for Defendants
                                            Brocade Communications Systems, Inc., Neal
16                                          Dempsey, Seth Neiman and Larry Sonsini

17

18

19

20

21                        [*Remainder of page intentionally left blank*]

22

23

24

25

26

27

28

1 | Dated:  March 9, 2007

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

By: /s/ Bradley E. Beckworth
        Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the
Proposed Class

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the
Proposed Class

KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the
Proposed Class

## [PROPOSED] ORDER

For good cause appearing, the foregoing stipulation is approved.  IT IS SO ORDERED.

Dated: March 15, 2007 _____

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA