NINA F. LOCKER, Bar No. 123838
STEVEN GUGGENHEIM, Bar No. 201386
CAZ HASHEMI, Bar No. 210239
CAMERON P. HOFFMAN, Bar No. 229316
MARK T. OAKES, Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc. Neal
Dempsey, Seth Neiman and Larry Sonsini

JEFFREY J. ANGELOVICH (*Pro Hac Vice*)
BRADLEY E. BECKWORTH (*Pro Hac Vice*)
SUSAN WHATLEY (*Pro Hac Vice*)
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415
Email: bbeckworth@nixlawfirm.com

Co-Lead Counsel for APERS (additional counsel
listed on signature page)

RICHARD MARMARO, Bar No. 91387
JACK P. DICANIO, Bar No. 138782
RONDA J. MCKAIG, Bar No. 216267
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600
Email: rmarmaro@skadden.com

Attorneys for Defendant Gregory L. Reyes

NORMAN BLEARS, Bar No. 95600
ALEXANDER LYON, Bar No. 237629
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Email: alexander.lyon@hellerehrman.com

Counsel for Defendant Antonio Canova

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY, <br><br> Defendants. | CASE NO.:  3:05-cv-2042 CRB <br><br> <u>CLASS ACTION</u> <br><br> **JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Before: The Hon. Charles R. Breyer |

1   Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties to the above-

2   entitled action met and conferred.  On May 7, 2007, the parties submitted a Joint Case

3   Management Statement and [Proposed] Order (docket number 291-1).  There is currently no case

4   management conference scheduled in this action.  The parties respectfully request that the Court

5   schedule a case management conference for June 8, 2007 at 10:00 a.m. (the same date and time

6   as a hearing on a pending motion to dismiss), or such other date and time as the Court deems

7   appropriate.

8

9   Dated:  May 15, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
10

11
                                           By:  /s/ Steven D. Guggenheim
12                                              Steven D. Guggenheim

13                                         Attorneys for Defendants
                                           Brocade Communications Systems, Inc., Neal
14                                         Dempsey, Seth Neiman and Larry Sonsini

15  Dated:  May 15, 2007                    SKADDEN, ARPS, SLATE, MEAGHER &
                                            FLOM LLP
16                                          300 South Grand, Suite 3400
                                            Los Angeles, CA 90071
17                                          Telephone: (213) 687-5000
                                            Facsimile:  (213) 687-5600
18

19                                         By: /s/ Garrett Waltzer
                                              Richard Marmaro
20                                            Garrett Waltzer

21                                         Attorneys for Defendant
                                           Gregory Reyes
22

23  Dated:  May 15, 2007                    HELLER EHRMAN LLP
                                            275 Middlefield Road
24                                          Menlo Park, CA 94025
                                            Telephone: (650) 324-7000
25                                          Facsimile: (650) 324-0638

26
                                           By: /s/ Alexander Lyon
27                                            Norman Blears
                                              Alexander Lyon
28
                                           Attorneys for Defendant
                                           Antonio Canova

1   Dated:  May 15, 2007                   NIX, PATTERSON & ROACH, L.L.P.
                                           205 Linda Drive
2                                          Daingerfield, TX 75638
                                           Telephone: (903) 645-7333
3                                          Facsimile: (903) 645-4415

4

5                                          By:   /s/ Bradley E. Beckworth
                                                  Bradley E. Beckworth
6
                                           Co-Lead Counsel for Lead Plaintiff and the
7                                          Proposed Class

8
                                           PATTON, ROBERTS, MCWILLIAMS
9                                          & CAPSHAW, LLP
                                           Century Bank Plaza
10                                         2900 St. Michael Drive, Suite 400
                                           Texarkana, TX 75505-6128
11                                         Telephone: 903-334-7000
                                           Facsimile: 903-330-7007
12
                                           Co-Lead Counsel for Lead Plaintiff and the
13                                         Proposed Class

14
                                           KAPLAN FOX & KILSHEIMER LLP
15                                         555 Montgomery Street, Suite 1501
                                           San Francisco, CA 94111
16                                         Telephone: 415-772-4700
                                           Facsimile: 415-772-4707
17
                                           Liaison Counsel for Lead Plaintiff and the
18                                         Proposed Class

19

20                          *       *       *       *       *

21

22                              **[PROPOSED] ORDER**

23        A case management conference in this action shall be held on June 8, 2007 at 10:00 a.m.

24

25   Dated:  May 16, 2007

26                                         THE HONORABLE CHARLES R. BREYER
                                           United States District Judge

27

28

IT IS SO ORDERED

Judge Charles R. Breyer