1  Bradley E. Beckworth (admitted *Pro Hac Vice*)
   Jeffrey J. Angelovich (admitted *Pro Hac Vice*)
2  Susan Whatley (admitted *Pro Hac Vice*)
   NIX, PATTERSON & ROACH, L.L.P.
3  205 Linda Drive
   Daingerfield, Texas 75638
4  Telephone:  903-645-7333
   Facsimile:  903-645-4415
5  BBeckworth@nixlawfirm.com
   JAngelovich@nixlawfirm.com
6  SusanWhatley@nixlawfirm.com

7  Sean F. Rommel (admitted *Pro Hac Vice)*
   James C. Wyly (admitted *Pro Hac Vice)*
8  Corey D. McGaha (admitted *Pro Hac Vice*)       Laurence D. King (State Bar No. 206423)
   PATTON, ROBERTS, MCWILLIAMS             Linda M. Fong (State Bar No. 124232)
9  & CAPSHAW, LLP                          KAPLAN FOX & KILSHEIMER LLP
   Century Bank Plaza                      555 Montgomery Street, Suite 1501
10 2900 St. Michael Drive, Suite 400       San Francisco, CA 94111
   Texarkana, TX 75505-6128                Telephone:  415-772-4700
11 Telephone:  903-334-7000                Facsimile:  415-772-4707
   Facsimile:  903-330-7007                LKing@KaplanFox.com
12 srommel@pattonroberts.com               LFong@KaplanFox.com
   jwyly@pattonroberts.com
13 cmcgaha@pattonroberts.com               Liaison Counsel

14 Co-Lead Counsel for Lead Plaintiff APERS

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19 PRENA SMAJLAJ, Individually and On Behalf      CASE NO.:  3:05-cv-2042 CRB
   of All Other Persons Similarly Situated,    )
20                                              )  CLASS ACTION
                                               )
                  Plaintiff,                   )
21                                              )  **STIPULATION AND [PROPOSED]**
                                               )  **ORDER CONTINUING MOTION**
22           v.                                 )  **TO DISMISS HEARING AND CASE**
                                               )  **MANAGEMENT CONFERENCE**
23 BROCADE COMMUNICATIONS SYSTEMS,             )
   INC., GREGORY L. REYES, ANTONIO             )
24 CANOVA, LARRY W. SONSINI, SETH D.           )
   NEIMAN and NEAL DEMPSEY,                    )
25                                              )
                                               )
26                Defendants.                   )
   _____)
27

28

## STIPULATION

1

2   WHEREAS, on January 2, 2007, Lead Plaintiff, the Arkansas Public Employees

3   Retirement System ("APERS"), filed an Amended Consolidated Class Action Complaint (the

4   "Amended Complaint");

5   WHEREAS, the Amended Complaint names as defendants the following three

6   individuals who were previously dismissed from the case: Neal Dempsey, Seth Neiman and

7   Larry Sonsini (the "Audit Committee Defendants");

8   WHEREAS, the Audit Committee Defendants filed a motion to dismiss the Amended

9   Complaint on March 9, 2007;

10   WHEREAS, a hearing on the motion to dismiss and a case management conference was

11   originally scheduled for June 8, 2007 at 10:00 a.m.;

12   WHEREAS, the Court Clerk issued a Notice dated June 4, 2007, stating that the Court

13   had rescheduled the motion and case management conference from June 8, 2007 to June 15,

14   2007 at 10:00 a.m.;

15   WHEREAS, Plaintiffs requested, and the Audit Committee Defendants consented, to

16   continue the motion to dismiss hearing and case management conference from June 15, 2007 to

17   August 24, 2007 at 10:00 a.m.;

18   NOW, THEREFORE, the parties jointly request that the Court approve the parties'

19   stipulation to reschedule the motion to dismiss hearing and case management conference to take

20   place on August 24, 2007 at 10:00 a.m., or such other date and time that the Court deems

21   appropriate.

22   DATED:  June 7, 2007

        /s/ Linda M. Fong
23                                              Laurence D. King (State Bar No. 206423)
                                                Linda M. Fong (State Bar No. 124232)
24                                              KAPLAN FOX & KILSHEIMER LLP
                                                555 Montgomery Street, Suite 1501
25                                              San Francisco, CA 94111
                                                Telephone:  415-772-4700
26                                              Facsimile:   415-772-4707
                                                LKing@KaplanFox.com
27                                              LFong@KaplanFox.com

28                                              Liaison Counsel

1

1

2

3

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903-645-7333
Facsimile: 903-645-4415

4

5

6

7

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

8

Co-Lead Counsel for Lead Plaintiff APERS

9

10

Dated: June 7, 2007

11

WILSON SONSINI GOODRICH & ROSATI

/s/ Mark Oakes

12

Mark Oakes
Christopher R. Howald
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650-493-9300
Facsimile: 650-493-6811

13

14

15

Attorneys for Defendants
Brocade Communications Systems, Inc., Neal
Dempsey, Seth Neiman and Larry Sonsini

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**[PROPOSED] ORDER**

2

For good cause appearing, the foregoing stipulation is approved.  IT IS SO ORDERED.

3

4

5

Dated: _____June 11, 2007_____

6

THE HONORABLE CHARLES R. BREYER
United States District Judge

7

8

IT IS SO ORDERED

9

10

Judge Charles R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3