NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
MICHELLE J. SHAPIRO, admitted *pro hac vice*
CHRISTOPHER R. HOWALD, State Bar No. 243598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chowald@wsgr.com

Attorneys for Defendants Brocade Communications Systems, Inc., Neal Dempsey, Larry W. Sonsini, and Seth D. Neiman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY, <br><br> Defendants. | CASE NO.: 3:05-cv-2042 CRB <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

**STIPULATION**

WHEREAS, on May 7, 2007, the Parties filed a Joint Case Management Statement and [Proposed] Order;

WHEREAS, the Joint Case Management Statement reflects that the Parties could not reach agreement on the scheduling of the motion for class certification under Fed. R. Civ. P. 23;

WHEREAS, the Court has not yet adopted the Joint Case Management Statement as the Case Management Order for this case;

WHEREAS, on June 22, 2007, APERS and the Erie County Pennsylvania Employees Retirement System ("ERIE") (collectively, "Proposed Class Representatives") filed a motion for class certification (the "Motion"), seeking a hearing on August 10, 2007 at 10:00 a.m.;

WHEREAS, the Parties have agreed to permit Defendants to obtain additional discovery from the Proposed Class Representatives and certain third parties;

WHEREAS, the Parties have met and conferred to determine the scheduling of Defendants' opposition to the Motion and Proposed Class Representatives' reply thereto;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the schedule for Defendants' opposition, Proposed Class Representatives' reply, and the hearing on the Motion shall be as follows:

| | |
|---|---|
| Defendants' Oppositions Due: | August 3, 2007 |
| Proposed Class Representatives' Reply Due: | ~~August 31, 2007~~   August 24, 2007 -- CRB |
| Hearing on Motion: | ~~September 14, 2007~~ at 10:00 a.m., or such other date and time as the Court deems appropriate.   October 12, 2007 -- CRB |

Dated: June 29, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Steven D. Guggenheim
   Steven D. Guggenheim

Attorneys for Defendants
Brocade Communications Systems, Inc., Neal Dempsey, Seth Neiman and Larry Sonsini

| | | |
|---|---|---|
| 1 | Dated: June 29, 2007 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | 300 South Grand, Suite 3400 |
| 3 | | Los Angeles, CA 90071<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |

By: /s/ Garrett Waltzer
      Garrett Waltzer

Attorneys for Defendant
Gregory Reyes

Dated: June 29, 2007

HELLER EHRMAN LLP
275 Middlefiled Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

By: /s/ Alexander Lyon
      Alexander Lyon

Attorneys for Defendant
Antonio Canova

Dated: June 29, 2007

NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

By: /s/ Bradley E. Beckworth
      Bradley E. Beckworth

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707

Liaison Counsel for Lead Plaintiff and the Proposed Class

**[PROPOSED] ORDER**    AS MODIFIED.   CRB

For good cause appearing, the foregoing stipulation is approved.  IT IS SO ORDERED.

Dated: ____July 5, 2007_____          _____
                                          THE HONORABLE CHARLES R. BREYER
                                          United States District Judge

1  I, Christopher R. Howald, am the ECF User whose identification and password are being
2 used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance
3 with General Order 45.X.B, I hereby attest that Bradley E. Beckworth, Garrett Waltzer, and
4 Alexander Lyon have concurred in this filing.

5

6 Dated:  June 29, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                                         Professional Corporation
7
8
                                                                         By:  /s/ Christopher R. Howald
9                                                                                Christopher R. Howald

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28