Jeffrey J. Angelovich (admitted *Pro Hac Vice*)
Bradley E. Beckworth (admitted *Pro Hac Vice*)
Susan Whatley (admitted *Pro Hac Vice*)
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903-645-7333
Facsimile: 903-645-4415
JAngelovich@nixlawfirm.com
BBeckworth@nixlawfirm.com
SusanWhatley@nixlawfirm.com

Sean Rommel (admitted *Pro Hac Vice*)
PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone: 903-334-7000
Facsimile: 903-330-7007
gmcwilliams@pattonroberts.com
srommel@pattonroberts.com

*Co-Lead Counsel*
Additional Counsel listed on last page

Laurence D. King (State Bar No. 206423)
Linda M. Fong (State Bar No. 124232)
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
Telephone: 415-772-4700
Facsimile: 415-772-4707
LKing@KaplanFox.com
LFong@KaplanFox.com

*Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC, GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN AND NEAL DEMPSEY, <br><br> Defendants. | Consolidated Case No.: 3:05-CV-02042-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING CASE NAME** |

WHEREAS, on July 8, 2005 Lead Plaintiff Arkansas Public Employees Retirement System filed a Motion for Consolidation to consolidate all related securities fraud actions pursuant to FED. R. CIV. P. 42(a);

WHEREAS, during the October 7, 2005 lead plaintiff hearing, this Honorable Court ordered the consolidation of the following related securities fraud actions: Case No. 3:05-cv-02139-CRB; Case No. 3:05-cv-02316-CRB; Case No. 4:05-cv-02374-SBA; Case No. 3:05-cv-02396-CRB; Case No. 4:05-cv-02692-SBA, into the instant action, Consolidated Case No.: 3:05-CV-02042-CRB;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to the approval of the Court, that the instant action, Consolidated Case No.: 3:05-CV-02042-CRB, should be captioned *In re: Brocade Securities Litigation*, and that all further pleadings and filings in this action should be so captioned.

DATED: August 31, 2007

NIX, PATTERSON & ROACH, L.L.P

By: /s/ Bradley E. Beckworth
Jeffrey J. Angelovich (admitted *Pro Hac Vice*)
Bradley E. Beckworth (admitted *Pro Hac Vice*)
Susan Whatley (admitted *Pro Hac Vice*)
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone:  903-645-7333
Facsimile:  903-645-4415
JAngelovich@nixlawfirm.com
BBeckworth@nixlawfirm.com
SusanWhatley@nixlawfirm.com

Sean Rommel (admitted *Pro Hac Vice*)
PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone:  903-334-7000
Facsimile:  903-330-7007
srommel@pattonroberts.com

Co-Lead Counsel for Lead Plaintiff and the Proposed Class

| | |
|---|---|
| 1 | |
| 2 | Laurence D. King (State Bar No. 206423) |
|   | Linda M. Fong (State Bar No. 124232) |
| 3 | KAPLAN FOX & KILSHEIMER LLP |
|   | 555 Montgomery Street, Suite 1501 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: 415-772-4700 |
|   | Facsimile:  415-772-4707 |
| 5 | LKing@KaplanFox.com |
|   | LFong@KaplanFox.com |
| 6 | |
| 7 | Liaison Counsel for Lead Plaintiff and the Proposed Class |

DATED: August 31, 2007            WILSON SONSINI GOODRICH & ROSATI

By:  /s/Steven D. Guggenheim
Steven D. Guggenheim
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: 650-493-9300
Facsimile:  650-493-6811
sguggenheim@wsgr.com

Attorneys for Defendants
Brocade Communications Systems, Inc., Neal Dempsey, Seth Neiman and Larry Sonsini


SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:  /s/ Garrett Waltzer
Garrett Waltzer
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile:  650-470-4570
cwalker@skadden.com

Attorneys for Defendant Gregory Reyes

| | |
|---|---|
| 1 | HELLER EHRMAN, LLP |
| 2 | |
| 3 | By:  /s/ Alexander Lyon |
|   | Norman Blears |
| 4 | Alexander Lyon |
|   | HELLER EHRMAN, LLP |
| 5 | 275 Middlefield Road |
|   | Menlo Park, CA 94025 |
| 6 | Telephone:  650-324-7000 |
|   | Facsimile:   650-324-0638 |
| 7 | norman.blears@hellerehrman.com |
|   | alexander.lyon@hellerehrman.com |
| 8 | Attorneys for Defendant Antonio Canova |

4

STIPULATION AND [PROPOSED] ORDER CHANGING CASE NAME                No.: 3:05-CV-02042-CRB

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, Consolidated Case Number 3:05-cv-02042-CRB is now captioned *In re: Brocade Securities Litigation* and all further pleadings and filings in this action shall be so captioned.

IT IS SO ORDERED.

DATED:   September 19, 2007



THE HONORABLE CHARLES R. BREYER
United States District Judge

1  I, Laurence D. King, the ECF User whose identification and password are being used to
2  electronically file this document hereby attest, in compliance with General Order 45.X.B, that all
3  signatories to this document have concurred in this filing.
4  DATED:  August 31, 2007

/s/ Laurence D. King
Laurence D. King