NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chowald@wsgr.com

Attorneys for Defendant Brocade
Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY,<br><br>Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATES ON PENDING MOTIONS** |

## STIPULATION

WHEREAS, currently pending before the Court and set for hearing on October 5, 2007, are the following motions: (1) Brocade's motion for summary judgment or, in the alternative , for summary adjudication of claims; (2) APERS' motion to deny Brocade's motion for summary judgment and alternative motion to continue hearing on Brocade's motion for summary judgment and to compel discovery; (3) APERS' motion to strike the declaration of Fredrick C. Dunbar and to deny Brocade's motion for summary judgment; and (4) APERS' motion for partial summary judgment against Greg Reyes on elements (1-4) of Court I in APERS' amended consolidated class action complaint;

WHEREAS, currently pending before the Court and set for hearing on October 12, 2007, are the following motions: (1); APERS' motion for class certification and (2) APERS' motion to strike Brocade's supplemental response to lead plaintiff's first set of requests for admissions and interrogatories; and

WHEREAS, to avoid the need for plaintiff's counsel to have to make two trips to California, the parties have agreed to continue the hearings for all of the above motions to the same date;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the hearings on the following motions shall be moved from October 5, 2007, to October 12, 2007:

- Brocade's motion for summary judgment or, in the alternative, for summary adjudication of claims;
- APERS' motion to deny Brocade's motion for summary judgment and alternative motion to continue hearing on Brocade's motion for summary judgment and to compel discovery; and
- APERS' motion to strike the declaration of Fredrick C. Dunbar and to deny Brocade's motion for summary judgment; and
- APERS' motion for partial summary judgment against Greg Reyes on elements (1-4) of Court I in APERS' amended consolidated class action complaint.

1   Dated:  September 10, 2007          WILSON SONSINI GOODRICH & ROSATI

2                                       Professional Corporation

3
                                        By: /s/ Steven D. Guggenheim
4                                           Steven D. Guggenheim

5                                       Attorneys for Defendant Brocade
                                        Communications Systems, Inc.
6
    Dated:  September 10, 2007          SKADDEN, ARPS, SLATE, MEAGHER &
7                                       FLOM LLP
                                        300 South Grand, Suite 3400
8                                       Los Angeles, CA 90071
                                        Telephone: (213) 687-5000
9                                       Facsimile: (213) 687-5600

10
                                        By: /s/ Thomas Christopher
11                                          Thomas Christopher

12                                      Attorneys for Defendant
                                        Gregory Reyes
13
    Dated:  September 10, 2007          NIX, PATTERSON & ROACH, L.L.P.
14                                      205 Linda Drive
                                        Daingerfield, TX 75638
15                                      Telephone: (903) 645-7333
                                        Facsimile: (903) 645-4415
16

17                                      By: /s/ Bradley E. Beckworth
                                            Bradley E. Beckworth
18
                                        Co-Lead Counsel for Lead Plaintiff and the
19                                      Proposed Class

20                                      PATTON, ROBERTS, MCWILLIAMS
                                        & CAPSHAW, LLP
21                                      Century Bank Plaza
                                        2900 St. Michael Drive, Suite 400
22                                      Texarkana, TX 75505-6128
                                        Telephone: 903-334-7000
23                                      Facsimile: 903-330-7007

24                                      Co-Lead Counsel for Lead Plaintiff and the
                                        Proposed Class
25
                                        KAPLAN FOX & KILSHEIMER LLP
26                                      555 Montgomery Street, Suite 1501
                                        San Francisco, CA 94111
27                                      Telephone: 415-772-4700
                                        Facsimile: 415-772-4707
28
                                        Liaison Counsel for Lead Plaintiff and the
                                        Proposed Class

1

### ~~[PROPOSED]~~ ORDER

2        For good cause appearing, the foregoing stipulation is approved.  IT IS SO ORDERED.

3

4

5    Dated:  September 19, 2007

6                                                          THE HONORABLE CHARLES R. BREYER
                                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

