NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chowald@wsgr.com

Attorneys for Defendant Brocade
Communications Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES, ANTONIO CANOVA, LARRY W. SONSINI, SETH D. NEIMAN and NEAL DEMPSEY,<br><br>    Defendants. | CASE NO.: 3:05-cv-2042 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE PENDING MOTIONS** |

**STIPULATION**

WHEREAS, currently pending before the Court are the following motions: (1) Brocade's motion for summary judgment or, in the alternative, for summary adjudication of claims; (2) APERS' motion to deny Brocade's motion for summary judgment and alternative motion to continue hearing on Brocade's motion for summary judgment and to compel discovery; (3) APERS' motion to strike the declaration of Fredrick C. Dunbar and to deny Brocade's motion for summary judgment;

WHEREAS, APERS' motions seek certain expert and document discovery relevant to responding to Brocade's summary judgment motion;

WHEREAS, the parties have reached agreement with respect to the expert and document discovery requested by APERS, as well as reciprocal discovery requested by Brocade;

WHEREAS, the parties are working on a mutually acceptable schedule regarding such discovery, and will inform the Court of any agreed upon schedule;

WHEREAS, if the parties cannot agree on such a schedule or a dispute arises with respect to the scope of discovery they will seek the Court's assistance in resolving the dispute;

WHEREAS, the agreements reached by the parties have mooted APERS' motions;

WHEREAS, this stipulation does not effect APERS' other pending motions set for hearing on October 12, namely: (1); APERS' motion for class certification, (2) APERS' motion to strike Brocade's supplemental response to lead plaintiff's first set of requests for admissions and interrogatories, and (3) APERS' motion for partial summary judgment against Greg Reyes on elements (1-4) of Count I in APERS' amended consolidated class action complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

- Brocade's motion for summary judgment or, in the alternative, for summary adjudication of claims, shall be continued. The parties will inform the Court once they have determined a mutually agreeable schedule for discovery and briefing on Brocade's motion for summary judgment, and the hearing shall be reset at that time;

- APERS' motion to deny Brocade's motion for summary judgment and alternative motion to continue hearing on Brocade's motion for summary judgment and to compel discovery is hereby withdrawn; and
- APERS' motion to strike the declaration of Fredrick C. Dunbar and to deny Brocade's motion for summary judgment is hereby withdrawn.

Dated:  September 18, 2007            WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

                                       By: /s/ Steven D. Guggenheim
                                           Steven D. Guggenheim

                                       Attorneys for Defendant Brocade
                                       Communications Systems, Inc.

Dated:  September 18, 2007            NIX, PATTERSON & ROACH, L.L.P.
                                       205 Linda Drive
                                       Daingerfield, TX 75638
                                       Telephone: (903) 645-7333
                                       Facsimile: (903) 645-4415


                                       By: /s/ Bradley E. Beckworth
                                           Bradley E. Beckworth

                                       Co-Lead Counsel for Lead Plaintiff and the
                                       Proposed Class

                                       PATTON, ROBERTS, MCWILLIAMS
                                       & CAPSHAW, LLP
                                       Century Bank Plaza
                                       2900 St. Michael Drive, Suite 400
                                       Texarkana, TX 75505-6128
                                       Telephone: 903-334-7000
                                       Facsimile: 903-330-7007

                                       Co-Lead Counsel for Lead Plaintiff and the
                                       Proposed Class

                                       KAPLAN FOX & KILSHEIMER LLP
                                       555 Montgomery Street, Suite 1501
                                       San Francisco, CA 94111
                                       Telephone: 415-772-4700
                                       Facsimile: 415-772-4707

                                       Liaison Counsel for Lead Plaintiff and the
                                       Proposed Class

1  [PROPOSED] ORDER

2  For good cause appearing, the foregoing stipulation is approved. IT IS SO ORDERED.

5  Dated: __September 12, 2007_____

THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

1  I, Steve Guggenheim, am the ECF User whose identification and password are being
2  used to file this Stipulation and [Proposed] Order Regarding Pending Motions. In compliance
3  with General Order 45.X.B, I hereby attest that Thomas Christopher and Bradley E. Beckworth
4  have concurred in this filing.

Dated:   September 18, 2007           WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                      By: /s/ Steven D. Guggenheim
                                          Steven D. Guggenheim

                                      Attorneys for Defendant Brocade
                                      Communications Systems, Inc.