<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**October 12, 2007**</u>

<u>**C-05-02042CRB**</u>

<u>**In re:  BROCADE COMMUNICATIONS SYSTEMS, INC.**</u>

Attorneys: <u>   Sean Handler, Bradley Beckworth, Sean Rommel, Jeffrey Angelovich, Larry Sonsini, Garrett</u>
<u>Waltzer, Thomas Christopher, Jonathan Shaprio, Robin Wechkin, Grant Fondo, John Dwyer, Leah Shough</u>

Deputy Clerk: **BARBARA ESPINOZA**            Reporter:  **Lydia Zinn**
**PROCEEDINGS:**                                                                                        **RULING:**

1. <u> Motion for Class Certification                                                              </u>          <u> Granted     </u>

2. <u> Aper's Motion to Strike Brocade's Response                            </u>          <u> Moot        </u>

3. <u> Aper's Motion for Partial Summary Judgment on Elements (104) Ct. 1 </u>          <u> Granted in part/</u>
                                                                                                                               <u> Denied in part  </u>


<u>**ORDERED AFTER HEARING:**</u>

_____

_____
( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
            ( )By Court          ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                              Type of Trial:  ( )Jury    ( )Court

Notes: _____

_____

_____