NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAMERON P. HOFFMAN, State Bar No. 229316
CRYSTAL GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sguggenheim@wsgr.com

Attorneys for Defendant BROCADE
COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BROCADE SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.: 3:05-CV-02042-CRB<br><br>**REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR BROCADE COMMUNICATIONS SYSTEMS, INC.** |

Defendant Brocade Communications Systems, Inc. ("Brocade") requests an order permitting its counsel of record, the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), to withdraw as counsel in the above-captioned matter, and substituting the law firm of Cooley Godward Kronish L.L.P. as counsel of record for Brocade.

Brocade consents to this substitution. Brocade requests that the Court make all necessary changes to the Court's records and ECF and direct all future communications in this case to Cooley as follows:

> JOHN C. DWYER
> COOLEY GODWARD KRONISH, LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2155
> Telephone:   (650) 843-5000
> Facsimile:   (650) 857-0663

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By: /s/ Nina F. Locker |
| | | Nina F. Locker |
| 4 | | |
| 5 | | Attorneys for Brocade Communications Systems, Inc. |

Dated: October 11, 2007    COOLEY GODWARD KRONISH, LLP

By: /s/ John C. Dwyer
    John C. Dwyer
JOHN C. DWYER (136533)
Email: jdwyer@cooley.com
GRANT P. FONDO (181530)
Email: gfondo@cooley.com
JESSICA VALENZUELA SANTAMARIA. (220934)
Email: jsantamaria@cooley.com
JAMES M. PENNING (229727)
Email: jpenning@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:(650) 843-5000
Facsimile: (650) 857-0663

\*         \*         \*

**IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for Brocade and John C. Dwyer of Cooley Godward Kronish, LLP is substituted as counsel of record for Brocade.

Dated: October 12 2007

By: _____
    THE HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*