NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAMERON P. HOFFMAN, State Bar No. 229316
CRYSTAL GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sguggenheim@wsgr.com

Attorneys for Defendant Seth D. Neiman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BROCADE SECURITIES LITIGATION | Case No.: 3:05-CV-02042-CRB |
| This Document Relates To:<br><br>All Actions | **REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR SETH D. NEIMAN** |

Defendant Seth D. Neiman requests an order permitting his counsel of record, the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), to withdraw as counsel in the above-captioned matter, and substituting the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") as counsel of record for Mr. Neiman.

Mr. Neiman requests that the Court make all necessary changes to the Court's records and ECF and direct all future communications in this case to Wilmer Hale as follows:

    JEFFREY RUDMAN
    WILMER CUTLER PICKERING HALE & DORR, LLP
    60 State Street
    Boston, Massachusetts 02109
    Telephone:  (617) 526-6000
    Facsimile:   (617) 526-5000

    JONATHAN SHAPIRO
    WILMER CUTLER PICKERING HALE & DORR, LLP
    1117 California Avenue
    Palo Alto, CA 94306-2155
    Telephone:  (650) 858-6101
    Facsimile:   (650) 858-6100

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By: /s/ Nina F. Locker |
| | | Nina F. Locker |
| 4 | | |
| 5 | | Attorneys for Seth Neiman |
| 6 | Dated: October 11, 2007 | WILMER CUTLER PICKERING HALE & DORR, LLP |
| 7 | | |
| 8 | | By: /s/ Jeffrey Rudman |
| | | Jeffrey Rudman |
| 9 | | |
| 10 | Dated: October 11, 2007 | SETH D. NEIMAN |
| 11 | | |
| 12 | | By: /s/ Seth D. Neiman |
| | | Seth D. Neiman |

\*     \*     \*

**IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for Seth Neiman and Wilmer Hale is substituted as counsel of record for Mr. Neiman.

Dated: October 12, 2007

By: _____
THE HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

## ATTESTATION

I, Crystal Gaudette, am the ECF User whose identification and password are being used to file REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR SETH D. NEIMAN. In compliance with General Order 45.X.B, I hereby attest that Jeffrey Rudman, Nina F. Locker and Seth D. Neiman have concurred in this filing.

Dated: October 11, 2007          WILSON SONSINI GOODRICH & ROSATI


By: /s/ Crystal Gaudette
    Crystal Gaudette
    Attorney for Defendant Seth Neiman