1  Richard M. Phillips (SBN 210047)
   Jeffrey L. Bornstein (SBN 99358)
2  KIRKPATRICK & LOCKHART, PRESTON, GATES, ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Telephone: (415) 249-1010
4  Facsimile: (415) 882-8220
   Email: Richard.Phillips@klgates.com
5         Jeff.Bornstein@klgates.com

6  Attorneys for Defendant
   NEAL DEMPSEY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11                                           )   CASE NO.: 3:05-cv-02042 CRB
                                             )
12  In re: BROCADE SECURITIES LITIGATION     )   **STIPULATION AND [PROPOSED]**
                                             )   **ORDER RE SUBSTITUTION OF**
13                                           )   **COUNSEL**
                                             )
14                                           )
                                             )
15                                           )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18  _____

19

20

21

22

23

24

25

26

27

28

1  Defendant Neal Dempsey substitutes Richard M. Phillips and Jeffrey L. Bornstein, of
2  Kirkpatrick & Lockhart Preston Gates Ellis LLP, in place and instead of Wilson Sonsini
3  Goodrich & Rosati as his attorneys in this action.

4  Defendant Neal Dempsey consents to this substitution.

6  Dated: October 9, 2007

_____
Neal Dempsey

8  We consent to the above substitution.

9  Dated: October 11, 2007

WILSON SONSINI GOODRICH & ROSATI
LLP
Professional Corporation

By: _____
Title: Nina F. Locker

14  We accept the above substitution.

15  Dated: October 10, 2007

KIRKPATRICK & LOCKHART, PRESTON,
GATES, ELLIS LLP
Professional Corporation

By: _____
Richard M. Phillips
Jeffrey L. Bornstein

20  IT IS SO ORDERED.

22  Dated: October 12, 2007

By: _____
Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
RE SUBSTITUTION OF COUNSEL                    -i-                    CASE NO. 3:05-CV-02042-CRB