1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAMERON P. HOFFMAN, State Bar No. 229316
   CRYSTAL GAUDETTE, State Bar No. 247712
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: sguggenheim@wsgr.com

7  Attorneys for Defendant Larry W. Sonsini

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11 In re: BROCADE SECURITIES LITIGATION  )  Case No.: 3:05-CV-02042-CRB
                                         )
                                         )  **REQUEST FOR ORDER**
12 This Document Relates To:             )  **PERMITTING SUBSTITUTION OF**
                                         )  **COUNSEL FOR LARRY W.**
13 All Actions                           )  **SONSINI**
                                         )
14                                       )
                                         )
15                                       )
                                         )
16

17     Defendant Larry W. Sonsini requests an order permitting his counsel of record, the law

18 firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), to withdraw as counsel in the above-

19 captioned matter, and substituting Taylor & Company Law Offices, Inc. ("Taylor & Co.") as

20 counsel of record for Mr. Sonsini.

21     Mr. Sonsini requests that the Court make all necessary changes to the Court's records and

22 ECF and direct all future communications in this case to Taylor & Co. as follows:

23         STEPHEN E. TAYLOR
           TAYLOR & COMPANY LAW OFFICES, INC.
24         One Ferry Building, Suite 355
           San Francisco, California 94111
25         Telephone:   (415) 788-8200
           Facsimile:   (415) 788-8208
26

27

28

LARRY W. SONSINI'S REQUEST FOR ORDER              1
PERMITTING SUBSTITUTION OF COUNSEL
3:05-CV-02042-CRB

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Nina F. Locker<br>      Nina F. Locker |
| 4 | | |
| 5 | | Attorneys for Neal Dempsey |
| 6 | Dated: October 11, 2007 | TAYLOR & COMPANY LAW OFFICES, INC. |
| 7 | | |
| 8 | | By: /s/ Stephen E. Taylor<br>      Stephen E. Taylor |
| 9 | | |
| 10 | Dated: October 11, 2007 | Larry W. Sonsini |
| 11 | | |
| 12 | | By: /s/ Larry W. Sonsini<br>      Larry W. Sonsini |

\*           \*           \*

**IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for Larry W. Sonsini and Taylor & Co. is substituted as counsel of record for Mr. Sonsini.

Dated: October 12, 2007

By: _____
    THE HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]