1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  GRANT P. FONDO (181530) (gfondo@cooley.com)
   JESSICA VALENZUELA SANTAMARIA (220934)
3  (jsantamaria@cooley.com)
   JAMES M. PENNING (229727) (jpenning@cooley.com)
4  Five Palo Alto Square
   3000 El Camino Real
5  Palo Alto, CA  94306
   Telephone:    (650) 843-5000
6  Facsimile:    (650) 857-0663

7  Attorneys for Defendant
   BROCADE COMMUNICATIONS SYSTEMS, INC.
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  In re BROCADE SECURITIES              Case No.  C 05-02042 CRB
    LITIGATION,
14                                        **STIPULATION AND [PROPOSED] ORDER
                                          TO CONTINUE HEARING ON PLAINTIFFS'
15  This Document Relates to:             MOTION FOR PARTIAL SUMMARY
                                          JUDGMENT REGARDING COURSE AND
16      ALL ACTION.                       SCOPE AND MOTION TO STRIKE
                                          BROCADE'S RFAS AND DEEM ADMITTED**
17

18                                        **DATE:**   February 29, 2008
                                          **TIME:**   10:00 a.m.
19                                        **DEPT.:**  Courtroom 8, 19th Floor
                                          **JUDGE:**  Hon. Charles R. Breyer
20

21

22       **WHEREAS**, on January 18, 2008, co-lead plaintiffs Arkansas Public Employees

23  Retirement System ("APERS") and Erie County Pennsylvania Employees Retirement System

24  ("Erie") filed a Motion for Partial Summary Judgment Regarding Course and Scope and a Motion

25  to Strike Brocade's RFA Responses and Deem Admitted against defendant Brocade

26  Communications Systems, Inc. ("Brocade"), currently scheduled to be heard on February 29,

27  2008;

28  //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

767362 v1/PA                    1.

**STIP. AND [PROPOSED] ORDER TO CONTINUE
HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO
STRIKE RFAS--C 05-02042 CRB**

1    **WHEREAS** the Parties wish to continue the February 29, 2008 hearing date for a period of

2    approximately one month;

3    **WHEREAS,** the Parties understand that 10:00 a.m. on March 28, 2008, is available on the

4    Court's calendar, the Parties are also available on this date and they request it;

5    **NOW, THEREFORE**, the Parties hereby stipulate as follows:

6    1.    The hearing on plaintiffs' Motion for Partial Summary Judgment Regarding

7    Course and Scope  and Motion to Strike Brocade's RFA Responses and Deem Admitted,

8    currently scheduled for February 29, 2008, shall be rescheduled to 10:00 a.m. on March 28, 2008,

9    and associated deadlines shall be rescheduled accordingly;

10    2.    Brocade's opposition briefs shall be filed by March 7, 2008; and

11    3.    Plaintiffs' reply briefs shall be filed by March 14, 2008.

12    Dated:   February 1, 2008              COOLEY GODWARD KRONISH LLP

13

14

15                                          /s/ John C. Dwyer
                                            John C. Dwyer

16                                          Attorneys for Defendant
                                            BROCADE COMMUNICATIONS SYSTEMS,
17                                          INC.

18

19    Dated:   February 1, 2008              NIX, PATTERSON & ROACH LLP

20

21                                          /s/ Bradley E. Beckworth
                                            Bradley E. Beckworth

22
                                            Attorneys for Lead Plaintiffs
23                                          ARKANSAS PUBLIC EMPLOYEES
                                            RETIREMENT SYSTEM (APERS) and
24                                          ERIE COUNTY PENNSYLVANIA
                                            EMPLOYEES RETIREMENT SYSTEM

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

767362 v1/PA                2.

**STIP. AND [PROPOSED] ORDER TO CONTINUE
HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO
STRIKE RFAS--C 05-02042 CRB**

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1.     The hearing on plaintiffs' Motion for Partial Summary Judgment Regarding Course and Scope and Motion to Strike Brocade's RFA Responses and Deem Admitted scheduled for February 29, 2008, shall be rescheduled to 10:00 a.m. on March 28, 2008, and the associated deadlines shall be rescheduled accordingly;

2.     Brocade's opposition briefs shall be filed by March 7, 2008; and

3.     Plaintiffs' reply briefs shall be filed by March 14, 2008.

Dated:  February 11, 2008 ___

_____

THE HONORABLE CHARLES R. BREYER
United States District Judge



IT IS SO ORDERED

Judge Charles R. Breyer

767362 v1/PA

3.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**STIP. AND [PROPOSED] ORDER TO CONTINUE HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO STRIKE RFAS--C 05-02042 CRB**

1    **FILER'S ATTESTATION**

2    Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3    all parties have concurred in the filing of this Stipulation and [Proposed Order].

4

5    Dated: February 1, 2008                    COOLEY GODWARD KRONISH LLP

6

7

8    By:       /s/ Jessica Valenzuela Santamaria
              Jessica Valenzuela Santamaria

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

767362 v1/PA                    4.        **STIP. AND [PROPOSED] ORDER TO CONTINUE
                                          HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO
                                          STRIKE RFAS--C 05-02042 CRB**