| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | GRANT P. FONDO (181530) (gfondo@cooley.com) |
| | JESSICA VALENZUELA SANTAMARIA (220934) |
| 3 | (jsantamaria@cooley.com) |
| | JAMES M. PENNING (229727) (jpenning@cooley.com) |
| 4 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 5 | Palo Alto, CA 94306 |
| | Telephone: (650) 843-5000 |
| 6 | Facsimile: (650) 857-0663 |
| 7 | Attorneys for Defendant |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE SECURITIES LITIGATION, | Case No. C 05-02042 CRB |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFAS AND DEEM ADMITTED** |
| ALL ACTION. | |
| | **DATE:** March 28, 2008<br>**TIME:** 10:00 a.m.<br>**DEPT.:** Courtroom 8, 19th Floor<br>**JUDGE:** Hon. Charles R. Breyer |

**WHEREAS**, on January 18, 2008, class representatives Arkansas Public Employees Retirement System ("APERS") and Erie County Pennsylvania Employees Retirement System ("Erie") filed a Motion for Partial Summary Judgment Regarding Course and Scope and a Motion to Strike Brocade's RFA Responses and Deem Admitted against defendant Brocade Communications Systems, Inc. ("Brocade");

**WHEREAS,** on February 11, 2008, the Court issued an Order continuing the hearing on these motions to March 28, 2008, and rescheduling associated deadlines;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769445 v1/PA

1.

**STIP. AND [PROPOSED] ORDER TO CONTINUE HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO STRIKE RFAS--C 05-02042 CRB**

**WHEREAS,** the Parties wish to continue the March 28, 2008 hearing date for a period of approximately six weeks;

**WHEREAS,** the Parties understand that 10:00 a.m. on May 9, 2008, is available on the Court's calendar, the Parties are also available on this date and they request it;

**NOW, THEREFORE**, the Parties hereby stipulate as follows:

1. The hearing on plaintiffs' Motion for Partial Summary Judgment Regarding Course and Scope and Motion to Strike Brocade's RFA Responses and Deem Admitted, currently scheduled for March 28, 2008, shall be rescheduled to 10:00 a.m. on May 9, 2008, and associated deadlines shall be rescheduled accordingly;

2. Brocade's opposition briefs shall be filed by March 14, 2008; and

3. Plaintiffs' reply briefs shall be filed by March 21, 2008.

Dated: March 7, 2008                COOLEY GODWARD KRONISH LLP

                                    /s/ John C. Dwyer
                                    John C. Dwyer

                                    Attorneys for Defendant
                                    BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: March 7, 2008                NIX, PATTERSON & ROACH LLP

                                    /s/ Bradley E. Beckworth
                                    Bradley E. Beckworth

                                    Attorneys for Class Representatives
                                    ARKANSAS PUBLIC EMPLOYEES
                                    RETIREMENT SYSTEM (APERS) and
                                    ERIE COUNTY PENNSYLVANIA
                                    EMPLOYEES RETIREMENT SYSTEM

ATTORNEYS AT LAW
PALO ALTO

769445 v1/PA                                2.

**STIP. AND [PROPOSED] ORDER TO CONTINUE HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO STRIKE RFAS--C 05-02042 CRB**

# [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1. The hearing on plaintiffs' Motion for Partial Summary Judgment Regarding Course and Scope and Motion to Strike Brocade's RFA Responses and Deem Admitted scheduled for March 28, 2008, shall be rescheduled to 10:00 a.m. on May 9, 2008, and the associated deadlines shall be rescheduled accordingly;

2. Brocade's opposition briefs shall be filed by March 14, 2008; and

3. Plaintiffs' reply briefs shall be filed by March 21, 2008.

Dated: March 7, 2008



THE HONORABLE CHARLES R. BREYER
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769445 v1/PA

3.

**STIP. AND [PROPOSED] ORDER TO CONTINUE HRG. ON MOT. FOR PARTIAL SJ AND MOT. TO STRIKE RFAs--C 05-02042 CRB**