Jeffrey J. Angelovich (admitted *Pro Hac Vice*)
Bradley E. Beckworth (admitted *Pro Hac Vice*)
Susan Whatley (admitted *Pro Hac Vice*)
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Telephone:  903-645-7333
Facsimile:  903-645-4415
JAngelovich@nixlawfirm.com
BBeckworth@nixlawfirm.com
SusanWhatley@nixlawfirm.com

Sean Rommel (admitted *Pro Hac Vice*)
PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, LLP
Century Bank Plaza
2900 St. Michael Drive, Suite 400
Texarkana, TX 75505-6128
Telephone:  903-334-7000
Facsimile:  903-330-7007
srommel@pattonroberts.com

Laurence D. King (State Bar No. 206423)
Linda M. Fong (State Bar No. 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
LKing@KaplanFox.com
LFong@KaplanFox.com

Co-Lead Counsel                                      Liaison Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Consolidated Case No.: 3:05-CV-02042-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED** <br><br> Date:   May 9, 2008 <br> Time:   10:00 a.m. <br> Dept.:   Courtroom 8, 19th Floor <br> Judge:  Hon. Charles R. Breyer |

i

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED

No.: 3:05-CV-02042-CRB

**WHEREAS,** on January 18, 2008, Co-Lead Plaintiffs Arkansas Public Employees Retirement System ("APERS") and Erie County Pennsylvania Employees Retirement System ("Erie") filed a Motion for Partial Summary Judgment Regarding Course and Scope and a Motion to Strike Brocade's RFA Responses and Deem Admitted against Defendant Brocade Communications Systems, Inc.;

**WHEREAS,** Brocade filed its opposition briefs on March 14, 2008, and Plaintiffs' reply briefs are currently due on March 21, 2008;

**WHEREAS,** the Parties have met and conferred and are in agreement that Plaintiffs may have up to and including April 25, 2008 in which to file and serve their reply briefs;

**IT IS THEREFORE STIPULATED AND AGREED,** by and between the undersigned, subject to approval of the Court, that Plaintiffs' reply briefs shall be filed by April 25, 2008.

Dated:  March 20, 2008                                        KAPLAN FOX & KILSHEIMER LLP

/s/Laurence D. King_____
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Liaison Counsel for Plaintiffs

Dated: March 20, 2008                                         NIX, PATTERSON & ROACH, LLP

/s/Bradley E. Beckworth_____
Bradley E. Beckworth

| | |
|---|---|
| | 205 Linda Drive |
| | Daingerfield, Texas 75638 |
| | Telephone: 903-645-7333 |
| | Facsimile: 903-645-4415 |
| | |
| | Attorneys for Lead Plaintiffs |
| | ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM (APERS) and ERIE COUNTY PENNSYLVANIA EMPLOYEES RETIREMENT SYSTEM |
| Dated: March 20, 2008 | COOLEY GODWARD KRONISH, LLP |
| | /s/John C. Dwyer_____ |
| | John C. Dwyer |
| | Five Palo Alto Square |
| | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 |
| | Telephone: 650-843-5000 |
| | Facsimile: 650-849-7400 |
| | dwyerjc@cooley.com |
| | |
| | Attorneys for Defendant |
| | BROCADE COMMUNICATIONS SYSTEMS, INC. |

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS REPRESENTATIVES' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED

No.: 3:05-CV-02042-CRB

\* \* \*

## ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of counsel, **IT IS ORDERED THAT:**

Plaintiffs' reply briefs to Brocade's opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Course and Scope and Motion to Strike Brocade's RFA Responses and Deem Admitted shall be filed by April 25, 2008.

Dated: _March 21, 2008,_



_____
THE HONORABLE _____. BREYER
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED

No.: 3:05-CV-02042-CRB

## FILER'S ATTESTATION

I, Laurence D. King, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGEMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED("STIPULATION AND [PROPOSED] ORDER"). In compliance with General Order 45.X.B, I hereby attest that Bradley E. Beckworth, Counsel of Record for lead plaintiffs Arkansas Public Employees Retirement System (APERS) and Erie County Pennsylvania Employees Retirement System and John C. Dwyer, Counsel of Record for defendant Brocade Communications Systems, Inc. have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER.

Dated: March 20, 2008                                KAPLAN FOX & KILSHEIMER LLP

                                                     By: /s/Laurence D. King

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFFS' TIME TO REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COURSE AND SCOPE AND MOTION TO STRIKE BROCADE'S RFA RESPONSES AND DEEM ADMITTED

No.: 3:05-CV-02042-CRB