# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE SECURITIES LITIGATION _____/ | No. C 05-02042 CRB<br><br>**ORDER** |

The motion for reconsideration and motion to intervene is DENIED. **IT IS SO ORDERED.**

Dated: August 27, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2042\Intervention Order.wpd