**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: BROCADE SECURITIES              No. C 05-02042 CRB

12   LITIGATION                             **ORDER**

13   _____/

14

15

16          On November 18, 2008, the Court granted preliminary approval of the settlement

17   agreements among the Plaintiff Class, KPMG, Brocade, and the Individual Defendants,

18   which created a common fund of $160,098,500.  On January 23, 2009, the Court held a

19   Fairness Hearing on Plaintiffs' motions for final approval of the settlement, the plan of

20   allocation, attorneys' fees and expenses.  No Class Members objected.

21          The Court hereby grants final approval of the Modified Stipulation and Settlement

22   Agreement of January 14, 2009 (Docket # 489), as modified orally at the Fairness Hearing.

23   The Court further approves the Plan of Allocation, and grants reimbursement of expenses to

24   Plaintiffs' Counsel in the amount of $986,039.

25   ///

26   ///

27   ///

28   ///

1        At the Fairness Hearing, the Court expressed its concern with Counsel's request for an

2   award of twenty-five percent of the settlement fund in attorneys' fees, given the large size of

3   the fund in relationship to the lodestar calculation.  Counsel adequately addressed all of the

4   Court's concerns and persuaded the Court that a fee award of twenty-five percent is

5   appropriate in these particular circumstances.  Accordingly, Counsel's motion for attorneys'

6   fees is hereby granted.

7        **IT IS SO ORDERED.**

8

9

10  Dated: January 26, 2009              CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2005\2042\Final approval order.wpd              2

**United States District Court**
For the Northern District of California