IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BROCADE SECURITIES LITIGATION _____/ | No. CV 05-2042 CRB<br>**ORDER TO SHOW CAUSE** |

    Defendant Brocade Securities has come before this Court seeking an injunction against certain state proceedings. It asserts that the plaintiffs in the state action were members of the class in this federal class action, and that they released their claims against Brocade as part of the final settlement agreement.

    Brocade asserts that Gordon Meccay, a plaintiff in the state action, was such a federal class member. Meccay is hereby ORDERED to show cause why he should not be considered a member of the federal class. He must therefore submit to this Court evidence that will establish whether or not he was a federal class member.

**IT IS SO ORDERED.**

Dated: October 5, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2042\Order to Show Cause re - Meccay.wpd