1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  ANGELA L. DUNNING (212047) (adunning@cooley.com)
   NEHA MARATHE (252304) (nmarathe@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306
   Telephone:    (650) 843-5000
5  Facsimile:    (650) 857-0663

6  Attorneys for Defendant
   BROCADE COMMUNICATIONS SYSTEMS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  In re BROCADE SECURITIES         Case No.  C 05-02042 CRB
    LITIGATION,
13                                   **NOTICE OF PLAINTIFFS' REQUEST TO
                                     DISMISS STATE APPEAL**
14  This Document Relates to:

15       ALL ACTIONS.               Judge:    Hon. Charles R. Breyer
                                    Dept.:    Courtroom 8, 19th Floor
16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

                                    **NOTICE OF PLAINTIFF'S REQUEST
                                    FOR DISMISSAL OF STATE APPEAL
                                    C 05-02042 CRB**

1   **TO THE COURT AND ALL PARTIES, THROUGH THEIR ATTORNEYS OF**
2   **RECORD:**

3       **PLEASE TAKE NOTICE** that, following the Court's October 5, 2009 Order To Show
4   Cause, counsel for Hai-Ning Huang, Way-Ling Hwang, Frank Petruno and Gordon Meccay,
5   named plaintiffs (collectively, "Plaintiffs") in the putative class action captioned *Huang et al. v.*
6   *Reyes et al.*, filed in the Superior Court for the County of Santa Clara ("State Court"), Case No. 1-
7   07-CV-097169, and on appeal to the California Court of Appeal, Sixth Appellate District ("Court
8   of Appeal"), Case No. H034240 (the "State Huang Action"), filed the attached Request for
9   Dismissal of Appeal with the Court of Appeal on October 15, 2009.

10

11

12   Dated:  October 16, 2009                     COOLEY GODWARD KRONISH LLP

13

14                                                            /s/
                                                 Angela L. Dunning

15                                               Attorneys for Defendant
16                                               BROCADE COMMUNICATIONS SYSTEMS, INC.

803258 v1/PA

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

NOTICE OF PLAINTIFF'S REQUEST
FOR DISMISSAL OF STATE APPEAL
C 05-02042 CRB