COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
KOJI FUKUMURA (189719) (kfukumura@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No.  C 05-02042 CRB<br><br>[~~PROPOSED~~] ORDER FOR TELEPHONIC APPEARANCE RE MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND<br><br>Date:   August 6, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Charles R. Breyer<br>Dept.:  Courtroom 8, 19th Floor |

Defendant Brocade Communications Systems, Inc. ("Brocade") respectfully requests that the Court allow its counsel, John C. Dwyer and Angela L. Dunning, to appear telephonically at the hearing on the Class Representatives' Motion For Distribution of the Net Settlement Fund at 10:00 a.m. on Friday, August 6, 2010 (the "Hearing").

On July 6, 2010, the Class Representatives filed their Motion for a Ruling Without a Hearing or, in the Alternative, a Telephonic Hearing on Class Representatives' Motion for Distribution of the Net Settlement (the "Motion for Distribution"). On July 26, 2010, the Court entered its order scheduling a telephonic hearing on the Motion for Distribution for 10:00 a.m. on Friday, August 6, 2010 and designating the telephone number to be called. The Order allows Class Counsel to participate by telephone.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO, CALIFORNIA

[PROPOSED] ORDER
C 05-02042 CRB

1   Brocade respectfully requests that its counsel be allowed to participate in the hearing by
2   telephone to avoid the Brocade's expenditure of unnecessary attorneys' fees and travel costs – the
3   same reasons stated by Class Counsel – which would be required for counsel to attend the hearing
4   in person.  If allowed, Brocade's counsel will call in to the telephone number provided by Class
5   Counsel at the appropriate time to participate in the hearing and answer any questions the Court
6   may have.

7   For all the foregoing reasons, Brocade seeks leave of the Court to allow Mr. Dwyer to
8   appear by telephone at the Hearing on Friday, August 6, 2010.

10   **IT IS SO ORDERED.**

12   Dated: August 3, 2010

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

16   808535 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO, CALIFORNIA

1.                                    **[PROPOSED] ORDER**
                                      **C 05-02042 CRB**