**Robert B. Martin III (SBN 235489)**
**rbmartin@sidley.com**
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California 94104**
**Telephone: (415) 772-1200**
**Facsimile: (415) 772-7400**

**Michael C. Kelley (SBN 90062)**
**mkelley@sidley.com**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, CA 90013-1010**
**Telephone: (213) 896-6000**
**Facsimile: (213-896-6600**

**Attorneys for Defendant KPMG LLP**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. C 05-02042 CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**REQUEST TO APPEAR TELEPHONICALLY REGARDING MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND AND [PROPOSED] ORDER**<br><br>Date: August 6, 2010<br>Time: 10:00 a.m.<br>Place: Dept. 8, 19th Floor |

KPMG LLP ("KPMG") respectfully requests that the Court permit its counsel, Robert B. Martin III, to appear telephonically at the hearing on the Class Representatives' Motion For Distribution of the Net Settlement Fund at 10:00 a.m. on Friday, August 6, 2010 (the "Hearing") at 10:00 a.m.

On July 6, 2010, the Class Representatives filed their Motion for a Ruling Without a Hearing or, in the Alternative, a Telephonic Hearing on Class Representatives' Motion for Distribution of the

REQUEST TO APPEAR TELEPHONICALLY REGARDING MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND AND [PROPOSED] ORDER - CASE NO. C 05-02042 CRB

Net Settlement (the "Motion for Distribution").  On July 26, 2010, the Court entered its order scheduling a telephonic hearing on the Motion for Distribution for 10:00 a.m. on Friday, August 6, 2010 and designating the telephone number to be called.  The Order permits Class Counsel to participate by telephone.  The Court also entered an order on August 4, 2010 permitting Brocade's counsel to participate by telephone.

KPMG respectfully requests that the Court likewise permit its counsel to participate in the hearing by telephone to avoid KPMG's expenditure of unnecessary attorneys' fees and travel costs—the same reasons stated by Class Counsel and Brocade's counsel—which would be required for KPMG's counsel to attend the hearing in person.  Should the Court permit, KPMG's counsel will call in to the telephone number provided by Class Counsel at the appropriate time to participate in the hearing and respond to any questions the Court may have.

For those reasons, KPMG seeks leave of the Court to permit Mr. Martin to appear by telephone at the Hearing on Friday, August 6, 2010 at 10:00 a.m.

Dated:  August 4, 2010                               SIDLEY AUSTIN LLP

                                                     By:  /s/ Robert B. Martin III
                                                          Robert B. Martin III
                                                          Attorneys For Defendant KPMG LLP

**~~[PROPOSED]~~ ORDER**

For good cause appearing, KPMG LLP's Request to Appear Telephonically Regarding Motion for Distribution of the Net Settlement Fund is GRANTED.

**IT IS SO ORDERED.**

Dated: August 5, 2010

HON. CHARLES ... UNI... JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

3

REQUEST TO APPEAR TELEPHONICALLY REGARDING MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND AND [PROPOSED] ORDER - CASE NO. C 05-02042 CRB